**IN THE UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TANYA DE LA PAZ, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BAYER, CORP., an Indiana corporation; BAYER HEALTHCARE LLC, a Delaware corporation; BAYER ESSURE, INC., a Delaware corporation; BAYER HEALTHCARE PHARMACEUTICALS, INC., a Delaware corporation; BAYER A.G., a German corporation; and DOES 1-10, inclusive<br>　　　　　Defendants | Case No.: 3:15-cv-03995-LB<br><br>**[PROPOSED] ORDER GRANTING ADMINISTRATIVE ORDER TO RELATE *WILLIAMSON-LONG V. BAYER CORP, ET AL.,* CASE NO. 3:15-CV-004193-LB AND *DE LA PAZ V. BAYER CORP, ET AL.,* CASE NO. 3:15-CV-003995-LB** |

Motion having been made pursuant to L.R. 3-12, and having considered the notice and pleadings in support thereof, the Court finds that both cases concern substantially the same defendants and the same medical device; and it appears likely that there will be an unduly burdensome duplication of labor and expense if the cases are conducted before different judges.

**IT IS HEREBY ORDERED:**

That *Williamson-Long v. Bayer, Corp. et al.*, Case No. 3:15-cv-004193-LB, and *De La Paz v. Bayer Corp., et al.*, Case No. 3:15-cv-03995-LB are related and shall be consolidated for all purposes before Hon. William Alsup.

Dated: September 28, 2015

_____
Hon. William Alsup

---

1

[PROPOSED] ORDER GRANTING ADMINSTRATIVE ORDER TO RELATE CASES