IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA DE LA PAZ, an individual, | No. C 15-03995 WHA |
| Plaintiff, | |
| v. | |
| BAYER CORP., an Indiana corporation, BAYER HEALTHCARE, LLC, a Delaware Corporation, BAYER HEALTHCARE PHARMACEUTICALS, INC., a Delaware corporation, BAYER A.G., a German corporation, and DOES 1 through 10, inclusive, | **REQUEST FOR RESPONSE** |
| Defendants. | |

Plaintiff has filed an amended complaint and an ex parte motion seeking to extend its time to oppose defendants' pending motion to dismiss, which counsel averred is unopposed (Dkt. Nos. 18–19). By **OCTOBER 29 AT NOON**, defendants shall please file a notice stating whether plaintiffs' amended complaint addresses the arguments in their motion to dismiss such that the motion should be denied as moot, without prejudice to a renewed motion to dismiss based on the amended pleadings. Additionally, defendants shall please confirm that they consent to plaintiffs' proposed extension.

Dated: October 27, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE