United States District Court
For the Northern District of California

1
2
3
4
5
6                    IN THE UNITED STATES DISTRICT COURT
7
8                    FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10   TANYA DE LA PAZ, an individual,                No. C 15-03995 WHA

11              Plaintiff,

12       v.

13   BAYER CORP., an Indiana corporation,          **ORDER DENYING MOTION**
     BAYER HEALTHCARE, LLC, a                       **TO DISMISS AS MOOT AND**
14   Delaware Corporation, BAYER                    **SETTING SCHEDULE FOR**
     HEALTHCARE PHARMACEUTICALS,                    **RENEWED MOTION TO**
15   INC., a Delaware corporation, BAYER            **DISMISS**
     A.G., a German corporation, and DOES 1
16   through 10, inclusive,

17              Defendants.
                                            /
18

19        Defendants have confirmed that they will file an updated motion to dismiss plaintiff's

20   amended complaint and ask that their pending motion be denied as moot.  They also proposed a

21   schedule for the briefing on their motion, which incorporates plaintiffs' request for an extension

22   to respond to the pending motion.  The pending motion to dismiss is hereby **DENIED AS MOOT**.

23   Defendants shall file their renewed motion to dismiss by **NOVEMBER 9**, plaintiff shall respond

24   to that motion by **NOVEMBER 30**, and defendants' reply shall be due by **DECEMBER 10**,

25   however, the hearing on the motion shall remain as-scheduled on **DECEMBER 17 AT 8:00 A.M.**

26        **IT IS SO ORDERED.**

27

28   Dated:  October 29, 2015.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE