Alycia A. Degen (SBN 211350)
adegen@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: (213) 896-6000
Facsimile: (213) 896-6600

*Attorneys for Defendants Bayer HealthCare LLC; Bayer Essure Inc.; Bayer HealthCare Pharmaceuticals, Inc.*

Additional Counsel on Signature Page

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO

| | |
|---|---|
| TANYA DE LA PAZ, an individual, <br><br> Plaintiff, <br><br> vs. <br><br> BAYER HEALTHCARE LLC, a Delaware corporation; BAYER ESSURE, INC., a Delaware Corporation; BAYER HEALTHCARE PHARMACEUTICALS, INC., a Delaware corporation; BAYER A.G., a German corporation, and DOES 1-10, inclusive, <br><br> Defendants. | Case No. 3:15-cv-03995-WHA <br><br> **REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF RENEWED MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** <br><br> HONORABLE WILLIAM H. ALSUP <br><br> Date:  December 17, 2015 <br> Time:  8:00 a.m. <br> Place:  Courtroom 8, 19th Floor |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on December 17, 2015 at 8:00 a.m., or as soon thereafter as counsel may be heard, in Courtroom 8 of the above-entitled Court, located at 450 Golden Gate Avenue, San Francisco, California 94102, Defendants Bayer HealthCare LLC, Bayer Essure, Inc., and Bayer HealthCare Pharmaceuticals, Inc. (collectively "Bayer") will and hereby do request that the Court take judicial notice of documents published by the U.S. Food and Drug Administration ("FDA").

This Request is being submitted in support of Bayer's Renewed Motion to Dismiss Plaintiff's First Amended Complaint and is based on this Notice, the attached Memorandum of Points and Authorities, all the papers, records, and pleadings on file in this action, and such other evidence as may be presented at the hearing on Bayer's Motion to Dismiss.

Dated: November 9, 2015                         SIDLEY AUSTIN LLP


                                                By:   */s/ Alycia A. Degen*
                                                      Alycia A. Degen

                                                      Alycia A. Degen
                                                      SIDLEY AUSTIN LLP
                                                      555 West Fifth Street
                                                      Los Angeles, CA 90013
                                                      (213) 896-6682
                                                      (213) 896-6600 (fax)
                                                      adegen@sidley.com

                                                      Maja Eaton (*pro hac vice* to be filed)
                                                      Elizabeth Curtin (*pro hac vice* to be filed)
                                                      SIDLEY AUSTIN LLP
                                                      One South Dearborn
                                                      Chicago, IL 60603
                                                      (312) 853-7123
                                                      (312) 853-7036 (fax)
                                                      meaton@sidley.com
                                                      ecurtin@sidley.com

                                                      *Attorneys for Defendants Bayer HealthCare LLC; Bayer Essure Inc.; Bayer HealthCare Pharmaceuticals, Inc.*

## MEMORANDUM OF POINTS AND AUTHORITIES

Pursuant to Federal Rule of Evidence 201, and in connection with its concurrently filed Renewed Motion to Dismiss Plaintiff's First Amended Complaint, Defendants Bayer HealthCare LLC, Bayer Essure, Inc., and Bayer HealthCare Pharmaceuticals, Inc. (collectively "Bayer") respectfully request that the Court take judicial notice of the following Exhibits, true and correct copies of which are attached hereto:

**Exhibit A:** U.S. Food & Drug Administration ("FDA"), Essure System Premarket Approval (PMA) Supplements, available at http://www.accessdata.fda.gov/scripts/cdrh/cfdocs/cfpma/pma.cfm?start_search=1&applicant=&tradename=&productcode=&pmanumber=P020014&supplementnumber=&advisorycommittee=&docketnumber=&supplementtype=&e (last visited Nov. 9, 2015);

**Exhibit B:** FDA, Premarket Approval Order for the Essure System, available at www.accessdata.fda.gov/cdrh_docs/pdf2/P020014A.pdf (last visited Nov. 9, 2015);

**Exhibit C:** FDA, "Summary of Safety and Effectiveness Data" for Essure System, available at www.accessdata.fda.gov/cdrh_docs/pdf2/P020014b.pdf (last visited Nov. 9, 2015) U.S. Food & Drug Administration ("FDA"),

**Exhibit D:** FDA, Essure "Health Care Provider Instructions for Use (2013)," available at http://www.fda.gov/MedicalDevices/ProductsandMedicalProcedures/%20ImplantsandProsthetics/EssurePermanentBirthControl/ucm452280.htm (last visited Nov. 9, 2015);

**Exhibit E:** "ESS305 Post-Approval Study: 12 month interim report," available at www.fda.gov/downloads/aboutfda/centersoffices/officeofmedicalproductsandtobacco/cdrh/cdrhfoiaelectronicreadingroom/ucm413804.pdf (last visited Nov. 9, 2015);

**Exhibit F:** FDA, "Essure Labeling Information for patients and health care providers," www.fda.gov/MedicalDevices/ProductsandMedicalProcedures/ImplantsandProsthetics/EssurePermanentBirthControl/ucm452280.htm (last visited Nov. 9, 2015);

**Exhibit G:**  FDA, Essure "Patient Information Booklet (2014)," available at http://www.fda.gov/MedicalDevices/ProductsandMedicalProcedures/ImplantsandProsthetics/EssurePermanentBirthControl/ucm452280.htm (last visited Nov. 9, 2015);

**Exhibit H:**  FDA, Essure "Regulatory History," available at http://www.fda.gov/MedicalDevices/ProductsandMedicalProcedures/ImplantsandProsthetics/EssurePermanentBirthControl/ucm452270.htm (last visited Nov. 9, 2015);

**Exhibit I:**  FDA, "Essure Benefits and Risks," available at http://www.fda.gov/MedicalDevices/ProductsandMedicalProcedures/ImplantsandProsthetics/EssurePermanentBirthControl/ucm452250.htm (last visited Nov. 9, 2015).

Bayer also requests that the Court take judicial notice of the following documents, each of which is referenced in Bayer's Memorandum of Points and Authorities in Support of its Renewed Motion to Dismiss ("Bayer Mem."), and publicly available on FDA's website:

- FDA, "PMA Labeling," Bayer Mem. at n.2, available at http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/HowtoMarketYourDevice/PremarketSubmissions/PremarketApprovalPMA/ucm050390.htm (last visited Nov. 9, 2015);

- FDA, "Device Labeling," Bayer Mem. at n.2, available at http://www.fda.gov/MedicalDevices/DeviceRegulationandGuidance/Overview/DeviceLabeling/ucm2005422.htm (last visited Nov. 9, 2015).

These exhibits and additional documents confirm that after reviewing comprehensive data regarding Essure's safety and effectiveness, including its design, construction, manufacturing, warnings, instructions for use, labeling, and testing, FDA approved Essure through the PMA process, and that the PMA remains in full force and effect.

Federal Rule of Evidence 201(b) authorizes the Court to take judicial notice of facts that are "not subject to reasonable dispute" because they "can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).  Pursuant to this Rule, this Court and others routinely take judicial notice of documents that appear on FDA's website without converting motions to dismiss into motions for summary judgment. *See, e.g., Gustavson v. Wrigley Sales Co.*, 961 F. Supp. 2d 1100, 1113 n.1 (N.D. Cal. 2013) ("[A]

court may take judicial notice of . . . matters of public record," including documents "available on the FDA's website"); *Eidson v. Medtronic, Inc.*, 981 F. Supp. 2d 868, 878-79 (N.D. Cal. 2013) (taking judicial notice of documents that "appear on the FDA's public website," including PMA approval letters); *Knoppel v. St. Jude Med. Inc.*, No. 13-383, 2013 WL 3803612, at *3 (C.D. Cal. May 7, 2013) ("The Court finds it appropriate to take judicial notice of the fact that the . . . allegedly defective medical devices are Class III devices that have been approved through the PMA process by the FDA."); *Modglin v. DJO Global Inc.*, 48 F. Supp. 3d 1362, 1381 (C.D. Cal. 2014) (taking judicial notice of documents from FDA's website, because "[u]nder Rule 201, the court can take judicial notice of public records and government documents available from reliable sources on the Internet, such as websites by government agencies") (internal quotations omitted); *Erickson v. Boston Scientific Corp.*, 846 F. Supp. 2d 1085, 1088-89 (C.D. Cal. 2011) (taking judicial notice of supplemental PMA and PDP approvals relating to four different cardiac pacemakers on defendant's preemption-based motion for judgment on the pleadings).[1]

Accordingly, Bayer respectfully requests that the Court take judicial notice of Exhibits A through I, and other FDA materials referenced in its Memorandum of Points and Authorities in Support of its Renewed Motion to Dismiss, and consider those documents in connection with Bayer's concurrently filed Renewed Motion to Dismiss Plaintiff's First Amended Complaint.

/ / /

/ / /

/ / /

/ / /

---

[1] Courts throughout the country have likewise taken judicial notice of public FDA records. *See, e.g., Reeves v. PharmaJet, Inc.*, 846 F. Supp. 2d 791, 794 n.1 (N.D. Ohio 2012); *Desabio v. Howmedica Osteonics Corp.*, 817 F. Supp. 2d 197, 201 n.3 (W.D.N.Y. 2011); *In re Wellbutrin SR/Zyban Antitrust Litg.*, 281 F. Supp. 2d 751, 754 n.2 (E.D. Pa. 2003); *see also Tillman v. Smith & Nephew, Inc.*, No. 12 C 4977, 2012 WL 6681698, at *1-2 (N.D. Ill. Nov. 1, 2012) (taking judicial notice of PMA approval letter from the federal Department of Health and Human Services); *Ali v. Allergan USA, Inc.*, No. 1:12-CV-115, 2012 WL 3692396, at *1 (E.D. Va. Aug. 23, 2012) (same); *Funk v. Stryker Corp.*, 673 F. Supp. 2d 522 (S.D. Tex. 2009), *aff'd*, 631 F.3d 777 (5th Cir. 2011) (taking judicial notice of PMA approval letter from the FDA); *Tierney v. AGA Med. Corp.*, No. 4:11CV3098, 2011 WL 7400469, at *1 n.9 (D. Neb. Nov. 18, 2011) (taking judicial notice of PMA approval information available on FDA's website).

Dated: November 9, 2015       SIDLEY AUSTIN LLP

By: */s/ Alycia A. Degen*
    Alycia A. Degen

    Alycia A. Degen
    SIDLEY AUSTIN LLP
    555 West Fifth Street
    Los Angeles, CA 90013
    (213) 896-6682
    (213) 896-6600 (fax)
    adegen@sidley.com

    Maja Eaton (*pro hac vice* to be filed)
    Elizabeth Curtin (*pro hac vice* to be filed)
    SIDLEY AUSTIN LLP
    One South Dearborn
    Chicago, IL 60603
    (312) 853-7123
    (312) 853-7036 (fax)
    meaton@sidley.com
    ecurtin@sidley.com

    *Attorneys for Defendants Bayer HealthCare LLC; Bayer Essure Inc.; Bayer HealthCare Pharmaceuticals, Inc.*