# EXHIBIT A

A to Z Index | Follow FDA | En Español

**U.S. Food and Drug Administration**
Protecting and Promoting *Your* Health

| Home | Food | Drugs | Medical Devices | Radiation-Emitting Products | Vaccines, Blood & Biologics | Animal & Veterinary | Cosmetics | Tobacco Products |

# Premarket Approval (PMA)

FDA Home › Medical Devices › Databases

1 to 10 of 40 Results
PMA Number: *P020014* Decision Date to 10/14/2015

[1] [2] [3] [4] [>]

Records per Page 50

New Search

Export to Excel | Download Files | More About PMA

| Device Name | Applicant | PMA Number | Decision Date |
|---|---|---|---|
| ESSURE SYSTEM FOR PERMANENT BIRTH CONTRO | Bayer Healthcare Llc | P020014 S041 | 06/29/2015 |
| ESSURE SYSTEM | Bayer Healthcare Pharmaceuticals Inc. | P020014 S043 | 06/09/2015 |
| ESSURE SYSTEM FOR PERMANENT BIRTH CONTR | Bayer Healthcare Llc | P020014 S042 | 12/11/2014 |
| ESSURE | Bayer Healthcare Llc, | P020014 S040 | 10/30/2013 |
| ESSURE SYSTEM | Bayer Healthcare Llc, | P020014 S039 | 12/20/2012 |
| CONCEPTUS ESSURE SYSTEM | Conceptus, Inc. | P020014 S038 | 10/02/2012 |
| CONCEPTUS ESSURE SYSTEM | Conceptus, Inc. | P020014 S037 | 05/17/2012 |
| CONCEPTUS ESSURE SYSTEM FOR PERMANENT BI | Conceptus, Inc. | P020014 S036 | 04/19/2012 |
| CONCEPTUS ESSURE SYSTEM FOR PERMANENT BI | Conceptus, Inc. | P020014 S035 | 03/19/2012 |
| CONCEPTUS ESSURE SYSTEM FOR PERMANENT BI | Conceptus, Inc. | P020014 S017 | 02/24/2012 |

Page Last Updated: 10/12/2015
Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

Accessibility | Contact FDA | Careers | FDA Basics | FOIA | No Fear Act | Site Map | Transparency | Website Policies

**U.S. Food and Drug Administration**
10903 New Hampshire Avenue
Silver Spring, MD 20993
Ph. 1-888-INFO-FDA (1-888-463-6332)
Contact FDA

Combination Products
Advisory Committees
Science & Research
Regulatory Information
Safety

 U.S. Department of **Health & Human Services**