MARTIN SCHMIDT, ESQ.  (SBN 171673)
mschmidt@nationalinjuryhelp.com
**SCHMIDT NATIONAL LAW GROUP**
4241 Jutland Dr. Suite 200
San Diego, CA 92117
Telephone: 800.214.1010
Facsimile:  619.393.1777

Attorney for Plaintiff DANIELLE PATTERSON

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIELLE PATTERSON, an individual,<br><br>    Plaintiff,<br><br>    v.<br><br>BAYER HEALTHCARE LLC, a Delaware corporation ; BAYER ESSURE, INC., a Delaware corporation; BAYER HEALTHCARE PHARMACEUTICALS, INC., a Delaware corporation;  and DOES 1-10, inclusive<br><br>    Defendants | Case No.: 3:15- CV-05088-JSW<br><br>**NOTICE OF RELATED CASE PURSUANT TO CIVIL L.R. 3-12 TO BE FILED IN CASE NO.3:15:CV-05088-JSW; ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASE SHOULD BE RELATED PURSUANT TO CIVIL L.R. 7-11** |

Plaintiff DANIELLE PATTERSON (hereinafter "Plaintiff") hereby respectfully submits this Notice of Related Case, pursuant to Civil L.R. 3-12 and the required Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11.

## I.   APPLICABLE STANDARD UNDER CIVIL RULE L.R. 3-12

Under Civil Local Rule 3-12, an "action is related when: (1) the actions concern substantially the same parties, property, transaction or event, and (2) it appears likely that there will be an unduly burdensome duplication of labor and expense or conflicting results if the cases are conducted before different Judges." Civil L.R. 3-12(a).

Whenever a party knows or believes that an action may be related to an action which is or was pending in the Northern District, said party "must promptly file in the earliest filed case an

Administrative Motion to Consider Whether Cases Should be Related, pursuant to Civil L.R. 7-11[1]. Civil L.R. 3-12(b). That motion must include: "(1) The title and case number of each apparently related case; and (2) A brief statement of the relationship of the actions according to the criteria set forth in Civil L.R. 3-12(a)." *Id*.

## II. *PATTERSON* IS RELATED TO *DE LA PAZ.*

The *De La Paz* case was filed in this Court on September 1, 2015. The *PATTERSON* action concerns the same defendants, the same medical device, the same or similar causes of action, and the same or similar alleged injuries. Thus, there will be an unduly burdensome duplication of labor and expense and the risk of conflicting results if the cases are conducted before different judges. Accordingly, the *PATTERSON* case should be assigned to Judge William Alsup who was assigned the *De La Paz* matter.

Dated: November 10, 2015

Respectfully submitted,

s/Martin Schmidt
SCHMIDT NATIONAL LAW GROUP
4241 Jutland Drive, Suite 200
San Diego, CA 92117
800.214.1010
619.793.0400 (fax)

---

[1] "In addition to complying with Civil L.R. 7-11, a copy of the motion, together with proof of service pursuant to Civil L.R. 5-6, must be served on all known parties to each apparently related action. A Chambers copy of the motion must be lodged with the assigned Judge in each apparently related case under Civil L.R. 5-1(b)." Civil L.R. 3-12(b).