IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA DE LA PAZ, an individual,<br><br>  Plaintiff,<br><br>  v.<br><br>BAYER CORP., an Indiana corporation, BAYER HEALTHCARE, LLC, a Delaware Corporation, BAYER HEALTHCARE PHARMACEUTICALS, INC., a Delaware corporation, BAYER A.G., a German corporation, and DOES 1 through 10, inclusive,<br><br>  Defendants. | No. C 15-03995 WHA<br><br>**REQUEST FOR RESPONSE** |

Plaintiff has filed an *ex parte* motion to extend the time to respond to defendants' pending motion to dismiss her amended complaint to **DECEMBER 21**. Plaintiff avers that counsel for defendants take no position on plaintiff's request, but that counsel for defendants suggest setting **JANUARY 7** as the deadline to reply. If plaintiff's extension is granted, the hearing on the motion and the case management conference would be continued to **JANUARY 21 AT 8:00 A.M.** By **NOVEMBER 20 AT NOON**, defendants shall please inform the Court whether they have any objection to this proposed schedule.

Dated: November 18, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE