United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA DE LA PAZ, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>BAYER CORP., an Indiana corporation, BAYER HEALTHCARE, LLC, a Delaware Corporation, BAYER HEALTHCARE PHARMACEUTICALS, INC., a Delaware corporation, BAYER A.G., a German corporation, and DOES 1 through 10, inclusive,<br><br>    Defendants.<br>                                                      / | No. C 15-03995 WHA<br><br>**ORDER ENLARGING TIME FOR BRIEFING ON DEFENDANTS' MOTION TO DISMISS AND CONTINUING CASE MANAGEMENT CONFERENCE** |

Plaintiff has filed an *ex parte* motion to extend the time to respond to defendants' pending motion to dismiss her amended complaint to **DECEMBER 21, 2015**, and to extend the deadline for defendants' reply to **JANUARY 7, 2016**. Plaintiff's proposed schedule would also require a continuance of the hearing on the motion to dismiss and the case management conference to **JANUARY 21 AT 8:00 A.M.** Defendants do not object to the proposed schedule. Good cause shown, plaintiff's motion is **GRANTED**. The parties shall adhere to the above schedule.

Dated: November 19, 2015.


WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE