# EXHIBIT B





| | | | |
|---|---|---|---|
| CONCEPTUS ESSURE SYSTEM | Conceptus, Inc. | P020014 S024 | 08/26/2009 |
| CONCEPTUS ESSURE SYSTEM FOR PERMANENT BI | Conceptus, Inc. | P020014 S023 | 03/09/2009 |
| CONCEPTUS ESSURE SYSTEM FOR PERMANENT BI | Conceptus, Inc. | P020014 S022 | 04/20/2009 |
| ESSURE SYSTEM | Conceptus, Inc. | P020014 S021 | 11/07/2008 |
| CONCEPTUS ESSURE SYSTEM | Conceptus, Inc. | P020014 S020 | 09/11/2008 |
| ESSURE CONTRACEPTIVE TUBAL OCCLUSION DEV | Conceptus, Inc. | P020014 S019 | 10/08/2008 |
| CONCEPTUS ESSURE SYSTEM FOR PERMANENT BI | Conceptus, Inc. | P020014 S018 | 03/16/2009 |
| CONCEPTUS ESSURE SYSTEM FOR PERMANENT BI | Conceptus, Inc. | P020014 S017 | 02/24/2012 |
| ESSURE SYSTEM | Conceptus, Inc. | P020014 S015 | 06/10/2008 |
| CONCEPTUS ESSURE SYSTEM FOR PERMANENT BI | Conceptus, Inc. | P020014 S014 | 08/07/2007 |
| ESSURE PERMANENT BIRTH CONTROL SYSTEM | Conceptus, Inc. | P020014 S013 | 09/19/2006 |
| CONCEPTUS ESSURE SYSTEM FOR PERMANENT BI | Conceptus, Inc. | P020014 S012 | 06/15/2007 |
| CONCEPTUS ESSURE SYSTEM FOR PERMANENT BI | Conceptus, Inc. | P020014 S010 | 10/11/2006 |
| ESSURE SYSTEM | Conceptus, Inc. | P020014 S009 | 07/12/2005 |
| ESSURE SYSTEM | Conceptus, Inc. | P020014 S008 | 01/31/2005 |
| CONCEPTUS ESSURE SYSTEM FOR PERMANENT BI | Conceptus, Inc. | P020014 S007 | 04/08/2004 |
| ESSURE SYSTEM | Conceptus, Inc. | P020014 S006 | 07/22/2004 |
| ESSURE SYSTEM | Conceptus, Inc. | P020014 S005 | 06/10/2004 |
| CONCEPTUS ESSURE SYSTEM FOR PERMANENT BI | Conceptus, Inc. | P020014 S004 | 07/17/2003 |
| CONCEPTUS ESSURE SYSTEM FOR PERMANENT BI | Conceptus, Inc. | P020014 S003 | 04/11/2003 |
| CONCEPTUS ESSURE SYSTEM FOR PERMANENT BI | Conceptus, Inc. | P020014 S002 | 07/01/2003 |
| ESSURE SYSTEM | Conceptus, Inc. | P020014 S001 | 03/06/2003 |
| ESSURE SYSTEM | Bayer Pharma Ag | P020014 | 11/04/2002 |

Page Last Updated: 01/04/2016
Note: If you need help accessing information in different file formats, see Instructions for Downloading Viewers and Players.

FDA | Accessibility | Contact FDA | Careers | FDA Basics | FOIA | No Fear Act | Site Map | Transparency | Website Policies

U.S. Food and Drug Administration
10903 New Hampshire Avenue
Silver Spring, MD 20993

Combination Products
Advisory Committees

U.S. Department of Health & Human Services