# EXHIBIT C

STATE OF CALIFORNIA     HEALTH AND HUMAN SERVICES AGENCY

DEPARTMENT OF PUBLIC HEALTH
FOOD AND DRUG BRANCH
Medical Device Safety & Youth Tobacco Enforcement Section
Medical Device Safety Unit



# INVESTIGATIVE REPORT

Inspection Date(s): __1/21/2011__

| | | | | |
|---|---|---|---|---|
| **Firm Name:** Conceptus, Inc. | | **DBA:** N/A | | |
| **Street Address:** 331 East Evelyn Avenue | **City:** Mountain View | | **Zip Code:** 94041 | |
| **Interviewed/Title:** Henry Bishop, Quality Manager | | | **Phone #:** 650-962-4000 | |

**INSPECTION TYPE** ☐ New License ☐ New Lic Reinsp ☒ Renewal ☐ Reinsp ☐ Complaint ☐ Recall ☐ Other: _____

**LICENSE INFORMATION**   HMDR License #: _____   Exp Date: _____   FDA CFN #: _____
Other FDB Lic/Reg #:   ☒ Device #: 45136   ☐ Drug #: _____   ☐ PFR #: _____

## DISCUSSION

The firm, Conceptus Inc., has maintained a medical device manufacturing license, 45136, since 2006. The firm manufactures a Class III medical device, specifically, the Essure System for permanent birth control in women. The current inspection was conducted as a renewal inspection pursuant to HSC 111635(b). Said section states that the Department shall inspect each place of business licensed under Section 111615 once every two years.

Upon initiation of the inspection, credentials were presented to Tarhan Kayihan, Sr Regulatory Quality Engineer, and Henry Bishop, Quality Manager. Mr. Bishop stated that the US FDA had conducted a 15-day, For Cause, inspection in December 2010. Because this recent inspection thoroughly reviewed all aspects of the firm's quality system, the current inspection was limited to the four observations included on the FDA 483 Inspectional Observations ▓▓▓▓ and the firm's response to the observations.

The FDA's inspection was conducted in response to a discrepancy noted during an inspection of the firm's contract manufacturer ▓▓▓▓▓▓, located in ▓▓▓▓▓▓. ▓▓▓▓▓▓ had been found to have erroneously used non-conforming material in a validation protocol without adequately documenting the disposition of the material. The FDA then inspected Conceptus to determine if the non-conforming material was properly quarantined at the Mountain View facility.

The FDA inspection did not note any deficiencies with regard the firm's handling of non-conforming material but issued an observation to the firm for failing to adequately document the situation in a separate CAPA. The firm corrected this discrepancy prior to the close of the inspection.

The additional three observations noted on the 483 were all related to a single issue. Specifically, the investigator observed that the firm had not properly evaluated eight complaints of peritoneal perforation for reporting to the FDA as an adverse event. Also, the firm's risk analysis did not include an evaluation of the risk associated with perforation of the peritoneal cavity.

The firm submitted a response to the FDA (Exhibit B) on January 20, 2011, disputing the validity of the observations regarding the reporting of complaints for peritoneal perforation. The firm claims that this condition is a result of the physician's misuse of the device or an error during insertion and not a failure of the device to perform as intended. The FDA has not yet responded to the firm's submission.

The FDA inspection covered all other areas of the firm's quality system. No other observations were noted.

Investigative Report
Page 2

## DISCUSSION WITH MANAGEMENT

The firm was cooperative in providing all requested documents and information. It was explained to the firm that the results of the discussion with FDA regarding the disputed observations would be reviewed at the next renewal inspection.

## RECOMMENDATION

No further action is indicated.

| | | | |
|---|---|---|---|
| Investigator's Name: | Lana Widman | Badge No. | 136 |
| Investigator's Signature: | *[signature]* | Report Date: | 1/29/11 |
| Supervisor's Review/Comments: | *[illegible handwriting]* | | |
| Supervisor's Signature: | *[signature]* | Date: | 01/25/11 |