# EXHIBIT D

...nia – Health and Human Services Agency

## NOTICE OF VIOLATION
### Food and Drug Branch

Department of Health Services

Direct responses to: CHRISTINE RODRIGUEZ WITHIN 10 DAYS

| Supervisor | | Telephone number |
|---|---|---|
| HARLAN LOUI | | (916) 650-6500 |

| Address (number, street) | City | ZIP code |
|---|---|---|
| 1500 CAPITOL AVE, MS 7602 | SACRAMENTO | 95814 |

| Firm name | | Date |
|---|---|---|
| CONCEPTUS, INC. | | 06-11-08 |

| Address (number, street) | City | ZIP code |
|---|---|---|
| 331 EAST EVELYN AVE | MOUNTAIN VIEW | 94041 |

| Person interviewed | Position |
|---|---|
| HENRY BISHOP | QUALITY MANAGER |

The conditions or practices noted below were observed on subject premises this date. These are alleged to be violations of one or more provisions of California law pertaining to the manufacture, processing, holding, sale, labeling, or advertising of a food, drug, medical device, cosmetic, or hazardous substance. The Department may seek administrative, civil, or criminal action for each of the violations. This report has been prepared to alert the management of the investigator's findings. It is the responsibility of the firm to assure compliance with all applicable laws and regulations.

(1) THE FIRM FAILED TO OBTAIN A VALID LICENSE FROM THE DEPARTMENT PRIOR TO MANUFACTURING MEDICAL DEVICES. THE FIRM MOVED TO THE ABOVE LOCATION IN 2005 AND HAS BEEN MANUFACTURING MEDICAL DEVICES FROM 2005 TO THE PRESENT AT AN UNLICENSED FACILITY.

(2) THE FIRM FAILED TO MAINTAIN PROCEDURES TO CONTROL DOCUMENTS REQUIRED BY THE QUALITY SYSTEM REGULATION. SPECIFICALLY SOP C0454 REVISION Y PERTAINING TO INVENTORY TRANSFER REFERENCES PRE STERILE AND POST STERILE QUARANTINE CAGES AND THE SAN CARLOS WAREHOUSE AND THE FACILITY NO LONGER USES PRE STERILE AND POST STERILE CAGES AND DOES NOT HAVE A WAREHOUSE.

Signing this notice does not indicate admission of a violation but only receipt of the Notice of Violation.

| Firm's authorized representative signature | Authorized representative position |
|---|---|
| [signature] | Henry Bishop   QE Manager |
| Authorized agent signature | Authorized agent name and badge number (printed) |
| C Rodriguez | CHRISTINE RODRIGUEZ #155 |

Page 1 of 1