# EXHIBIT E

**e s s u r e**™
Permanent Birth Control by Conceptus

PROCEDURE FLOWCHART

## PRE-PROCEDURE → PLACEMENT PROCEDURE → POST-PROCEDURE



**PRE-PROCEDURE**
- INITIAL PATIENT VISIT
- PRE-PROCEDURE COUNSELING
- CONDUCT PREGNANCY TEST
- ADMINISTER PRE-PROCEDURE MEDS
- PATIENT PREPARATION
- ADMINISTER LOCAL ANESTHETIC
- PREPARE HYSTEROSCOPE
- PLACE TENACULUM ON CERVIX

**PLACEMENT PROCEDURE**
- INTRODUCE HYSTEROSCOPE
- REMOVE SPECULUM
- DISTEND UTERUS
- VISUALIZE BOTH OSTIA
- INSERT INTRODUCER
- INSERT CATHETER INTO HYSTEROSCOPE
- ADVANCE SYSTEM INTO FIRST TUBE
- STABILIZE HANDLE
- RETRACT DELIVERY CATHETER
- CONFIRM POSITION & DEPRESS BUTTON
- DEPLOY OUTERCOIL
- WAIT 10 SECONDS
- DISENGAGE DELIVERY WIRE
- COUNT TRAILING COILS
- REPEAT FOR OTHER TUBE

**POST-PROCEDURE**
- RECORD NOTES IN PATIENT CHART
- POST-PROCEDURE COUNSELING
- ENSURE PATIENT HAS CONTRACEPTION FOR 3 MONTHS POST-OP
- 3 MONTH FOLLOW-UP HSG
- 3 MONTH FOLLOW-UP COUNSELING

CC-0389  11.04.02



# PHYSICIAN TRAINING MANUAL TABLE OF CONTENTS

**Section** *1*   The Physician Training Program

**Section** *2*   History of Conceptus and Essure

**Section** *3*   Clinical Data Overview

**Section** *4*   Product Overview

**Section** *5*   Patient Selection, Screening and Counseling

**Section** *6*   Pre-procedure

**Section** *7*   Essure Placement Procedure

**Section** *8*   Post-placement Follow-up

**Section** *9*   Management of Technical Issues

1



# Conceptus.
*Incorporated*

Welcome to the Essure™ Physician Training Program. We at Conceptus congratulate you on your choice to join the growing number of gynecologists choosing to add Essure to their practice. By making Essure available to your patients, you offer one of the newest and most innovative technologies in permanent birth control.

The Physician Training Program is a comprehensive course designed to provide you with information and skills necessary to select appropriate patients, perform competent procedures and manage possible technical issues related to the placement of Essure micro-inserts for permanent birth control.

After completing the Physician Training Program, continuing education programs will be made available to you. You will be required to participate in these programs in order to keep your training status current. Staying up-to-date on your education and skills is important and can be accomplished simply by:

- thoroughly reading all the literature sent to you by Conceptus,
- maintaining regular contact with your local Conceptus representative, and
- participating in continuing education programs sponsored by Conceptus.

We value you as our customer and greatly welcome any and all suggestions or ways to improve our professional education materials and courses. Please feel free to contact us.

Sincerely,

Steve Bowman
Senior Vice-President
Sales, Marketing and
Professional Education

Sandra L. Mayer
Director, Professional Education



# THE PHYSICIAN TRAINING PROGRAM

**Purpose**

To provide qualified physicians with the information and skills necessary to select appropriate patients, perform competent procedures and manage possible technical issues or adverse events related to the placement of Essure™ micro-inserts for permanent birth control.

**Training Requirements**

1.  Knowledgeable hysteroscopist (prior to Essure training).

2.  Successful completion of a Physician's Training Course at a site approved by Conceptus.

3.  Successful completion of Essure Simulator Training.

4.  Completion of the initial procedures under the observation of a Conceptus designated preceptor until competency in performing Essure is established (typically expected to be achieved in 5 cases).

Upon successful completion of the initial training program, the Physician Training Record will be completed and signed by a Conceptus representative and the physician being trained. The training record will be filed at Conceptus and the physician's name will be added to the list of those trained to perform the procedure.

**Maintenance Of Training Status**

As the procedure, product and instruments are updated, Conceptus will continue to educate physicians via written communication, seminars and direct visits by Essure specialists. To maintain current status, a physician must be accessible to the Essure specialist for direct training and must attend future training seminars, as required. Training updates are documented with additional Physician Training Records, which are sent by the physician to Conceptus so the physician's training status will be accurately maintained. Additionally, physicians are expected to maintain and update their training manual by promptly reading and incorporating all revisions sent by the Company. Maintaining current status is important to ensure ongoing shipment of Essure.



**Learning
Objectives**

# THE PHYSICIAN TRAINING PROGRAM

At the end of the training program you will be able to:

- explain the Essure permanent birth control procedure

- understand the mechanism of action of Essure permanent birth control

- effectively counsel your patients on the benefits and risks of Essure permanent birth control

- understand the Basic Procedure including the Pre-placement Preparation, Placement Procedure and Post-placement Follow-up

- understand how to manage technical issues and adverse events

- understand the clinical safety and effectiveness data gathered in the Essure clinical trials

2



essure
Permanent Birth Control by Conceptus

# 2 HISTORY OF CONCEPTUS AND ESSURE

**Conceptus History**

Formed in 1992, Conceptus, Inc. has been primarily engaged in the design, development, and marketing of innovative interventional medical devices for use in reproductive medicine. Prior to July 1998, the focus of Conceptus was to design products to improve the accuracy of diagnostic procedures for infertility, to increase the safety of resectoscopic procedures, and to provide a non-incisional approach to fallopian tube sterilization. Conceptus developed proprietary micro-catheter and guidewire systems that allowed physicians to transcervically access and navigate the fallopian tubes in a non-incisional approach. In September 1995 Conceptus commenced marketing its catheter systems internationally for a number of applications. Its ERA™ and FUTURA™ resectoscope sleeves were introduced to the market in September 1997. Conceptus had five 510(k) clearances to market applications of its T-TAC™ (Transcervical Access Catheter) systems, one 510(k) clearance for falloposcopy for proximal tubal occlusion (PTO), and two 510(k) clearances for resectoscopy in the United States.

Since 1998 Conceptus has focused on the development of a non-incisional approach to tubal ligation. Conceptus has developed Essure (previously known as 'STOP' [Selective Tubal Occlusion Procedure])- an innovative medical device designed to achieve this goal. In 2001 Conceptus began commercialization of Essure in Australia, Singapore, Europe and Canada.
In late 2002, Conceptus also began commercialization of Essure in the United States.

**Public Health Issues - Need for Contraceptive Alternatives**

Conceptus believes that there is strong evidence of the need for a new contraceptive alternative for women, especially a permanent method that can be performed without incisions or general anesthesia:

- An estimated half (48%) of pregnancies that occur in the United States each year are unintended, translating to an estimated 3,000,000 unplanned pregnancies in the United States each year[1].

  – The age group that has the second highest rate of unintended pregnancy is women aged 40-44[2].

- An estimated half of all unintended pregnancies result in abortion, translating to an estimated 1,000,000 abortions each year in the United States[1].

  – 45% of the abortions occurred among women who were age 25 or over, and 24% occurred among women over 30 years old[3].

- The morbidity associated with pregnancy is not infrequent or insignificant to women or to society[4-9].

e s s u r e
Permanent Birth Control by Conceptus

Although permanent methods of birth control are associated with very high effectiveness rates, they are not without significant risk. As published by Jamieson, et al.[10], tubal sterilization performed via laparoscopy is associated with a 1.6% major complication rate, and Layde et al.[11] reported a 5.7% major complication rate when tubal sterilization is performed via laparotomy. Of note, Destefano et al.[12] reported a five-fold decrease in complication rates when tubal sterilization is performed with local instead of general anesthesia. These risks are made more significant by the fact that tubal sterilization is the most prevalent form of birth control in the United States and worldwide.

The vast majority of the major complications with a transabdominal approach are due to incisions, blind insertion of instruments into the abdomen, and general anesthesia.

**Focus on Permanent Birth Control - Essure**

Based on the above facts, Conceptus' focus is to develop, manufacture and market an innovative and proprietary non-incisional permanent birth control device for women. The Essure procedure delivers a soft and flexible micro-insert into a woman's fallopian tubes, which is designed to provide permanent birth control by causing an intended benign, occlusive tissue response, resulting in tissue in-growth that permanently anchors the micro-insert and occludes the fallopian tubes. Essure is performed as an outpatient procedure and is intended to be a less invasive and less costly alternative to tubal ligation.

**Essure - An Attractive Alternative to Tubal Ligation for Patients and Physicians**

Tubal ligation involves abdominal incisions, general/regional anesthesia, and four to six days of recovery time[13-14]. The Essure procedure does not require cutting or penetrating the abdomen, and can be performed in an outpatient setting without general anesthesia. In the Pivotal Trial, placement of the Essure micro-inserts averaged a total of 13 minutes (for both tubes) with a total procedure time of about 35 minutes.  A patient should expect to be discharged about 45 minutes after the procedure. No overnight stay is required. Furthermore, reliance on Essure does not involve taking drugs or hormones. For these reasons, Conceptus believes that Essure represents an attractive alternative to tubal ligation for women seeking permanent birth control.

Conceptus also believes that physicians will be receptive to Essure because it is a less invasive permanent birth control option to offer their patients, which has unique benefits. Additionally, Conceptus believes that physicians who are knowledgeable in hysteroscopy will find Essure procedures relatively easy to perform.


<span>essure</span>
Permanent Birth Control by Conceptus

**Expected Cost Reductions for Health Care Systems**

Conceptus believes that hospitals will incur lower overhead costs with the Essure procedure compared with tubal ligation. Conceptus expects payors to experience cost reductions resulting from the elimination of overhead and procedural costs related to general anesthesia and post-operative hospital stays associated with tubal ligations. In addition, payors may also benefit from the reduction of unwanted pregnancies associated with non-permanent methods of birth control in patients who may elect to have the Essure procedure but have avoided currently available permanent methods due to their drawbacks.

References

[1] Henshaw SK. Unintended Pregnancy in the United States. Family Planning Perspectives, 1998, 30(1): 24-29 & 46.
[2] Global Health Options.
[3] Henshaw SK. Abortion Patient in 1994-1995: Characteristics and Contraceptive Use. Family Planning Perspectives, 28: 140-147 &158, 1996.
[4] CDC's Reproductive Health Information Source. Safe Motherhood: Promotion Health for Women Before, During, and After Pregnancy 2002.
[5] CDC Press Release: Fact Sheet, Pregnancy-Related Mortality.
[6] Franks AL. Hospitalization for pregnancy complications, United States, 1986 and 1987. Am J Obstet Gynecol 1992; 166:1339-44.
[7] Koonin LM. Promoting Healthy Pregnancies: Counseling and Contraception. September 20, 2000.
[8] Alan Guttmacher Institute. Title X and the U.S. Family Planning Effort.
[9] Alan Guttmacher Institute. Family Planning Improves Child Survival and Health. 1998.
[10] Jamieson DJ. Complications of Interval Laparoscopic Tubal Sterilization: Findings from the United States Collaborative Review of Sterilization. Obstet Gynecol 2000; 96:997-1002.
[11] Layde PM. Risk Factors for Complications of Interval Tubal Sterilization by Laparatomy. Obstet Gynecol; 62:180, 1983.
[12] Destefano F. Complications of Interval Laparoscopic Tubal Sterilization. Obstet Gynecol; 61:153, 1983.
[13] Fraser RA. The prevalence and impact of pain after day-care tubal ligation surgery. Pain 39 (1989) 189-201.
[14] Garcia FA. Economic and Clinical Outcome of Microlaparoscopic and Standard Laparoscopic Sterilization, A Comparison. J Reprod Med 2000; 45:372-376.

essure
Permanent Birth Control by Conceptus

# Milestones

| | |
|---|---|
| **1995** | Animal studies commenced as well as feasibility study in peri-hysterectomy patients |
| **1996** | Conceptus completed initial public offering (IPO) (CPTS) |
| | FDA IDE Phase I Study in pre-hysterectomy patients commenced |
| **1998** | FDA IDE Phase II Study in sterilization patients commenced |
| **2000** | Pivotal Trial for Safety and Effectiveness commenced |
| **2001** | Device name changed from STOP to Essure |
| | First Commercial Sales in Australia and Singapore |
| | CE Mark granted allowing commercial sale of Essure throughout the European Union |
| | Health Canada approval granted for commercial sale of Essure in Canada |
| | FDA acceptance and closing of first module of PMA submission |
| **2002** | First Commercial Sales in Europe |
| | Submission and FDA approval of PMA |

**e s s u r e**
Permanent Birth Control by Conceptus

**Micro-Insert
Design History**

Several iterations of the Essure micro-insert were designed and studied during the development phase of the product. The key design features of the current product are described in Section 4, Product Overview. Pictures and brief descriptions of both the historical micro-inserts and current design, Essure, are below.

**Alpha**
A static design
with curled ends



**Beta 1 & 2**
Static linear
design. (Beta 2
introduced with
delivery catheter)



**Beta 3**
A static linear
designwith
increased quantity
of PET fiber



**Gamma (Essure)**
A dynamic coil
design with
increased length
and increased quan-
tity of fiber



3

 **Clinical Data Overview**

# 3CLINICAL DATA OVERVIEW

Conceptus has conducted two clinical trials (a Phase II Trial and a Pivotal Trial) to demonstrate the safety and effectiveness of the Essure Permanent Birth Control System in providing permanent contraception.

**Purpose of the Study, Study Design, Primary Endpoints**

The Phase II study was a prospective, multi-center, single-arm, non-randomized international study of women seeking permanent contraception. The objectives of the study were to evaluate:

- The woman's tolerance of, and recovery from, the micro-insert placement procedure;
- The safety of the micro-insert placement procedure;
- The woman's tolerance of the implanted micro-inserts;
- The long-term safety and stability of the implanted micro-inserts; and
- The effectiveness of the micro-inserts in preventing pregnancy.

The Pivotal study was a prospective, multi-center, single-arm, non-randomized international study of women seeking permanent contraception. The study used findings from the U.S. Collaborative Review of Sterilization (CREST study) as a qualitative benchmark. The primary endpoints for the study included:

- Prevention of pregnancy;
- Safety of device placement procedure, and;
- Safety of device wearing.

The secondary endpoints for the study included:

- Participant satisfaction with device placement procedure;
- Participant satisfaction with device wearing;
- Bilateral device placement rate, and;
- Development of a profile for an appropriate candidate for the Essure procedure.

**Patients Studied**

The study population of the two studies combined consisted of 664 women in whom bilateral device placement was achieved after one or more attempts (200 in the Phase II study and 464 in the Pivotal trial). All study participants were between 21 and 45 years of age and were seeking permanent contraception prior to enrollment in the study. Additionally, all women had at least one live birth, had regular, cyclical menses and were able and willing to use alternative contraception for the first three months following Essure micro-insert placement.

essure
Permanent Birth Control by Conceptus

Clinical Data Overview

**Methods**

All study participants were screened for eligibility to participate in the clinical study. A complete medical history was obtained. A physical examination, a pelvic examination and required laboratory tests (including a pregnancy test) were conducted.

An Essure device placement procedure was attempted on each fallopian tube. In the Pivotal Trial, a pelvic x-ray was performed within 24 hours following device placement to serve as a baseline evaluation of device location. Participants were instructed to use either a barrier contraceptive method or oral contraceptives for the first 3 months following the device placement procedure.

A hysterosalpingogram (HSG) was performed three months post device placement to evaluate device location and fallopian tube occlusion. If both fallopian tubes were occluded and both devices were in satisfactory location, then the participant was instructed to discontinue use of alternative contraception and rely on the Essure micro-inserts for prevention of pregnancy.

**Results**

Of the 632 women enrolled in the clinical trials (with bilateral micro-insert placement) and who relied on the Essure System for contraception for 12 to 36 months, no (zero) pregnancies have been reported[1]. Of the 632 women, all have been followed for 12 months, 197 have been followed for 24 months, and 34 have been followed for 36 months. Tables 1 and 2 present the principal safety and effectiveness results as of October 2002, and Tables 3 and 4 present patient demographic information.

[1] One woman in the Phase II study who received a prior device design that was discontinued in 1998 (the Beta design of the STOP device) became pregnant after nearly two years of reliance on the device for contraception. That pregnancy is not included in the effectiveness rate calculations, since that device was not the subject of the Premarket Approval Application (PMA) that supported approval of the Essure Permanent Birth Control System.

**Table 1**
**Micro-insert Placement and Reliance Rates**

| Outcome | Phase II N=227 | | Pivotal N=518 | |
|---|---|---|---|---|
| | Number | Percent | Number | Percent |
| **Bilateral Placement*** after one procedure | 196/227 | 86% | 446/518** | 86% |
| **Bilateral Placement*** after two procedures | 200/227 | 88% | 464/518** | 90% |
| **Reliance Rate**\*** among women with bilateral placement | 194/200 | 97% | 449/464 | 97% |

\* The placement rates presented here are based on data from the Essure clinical trials. Data on the placement rates in the commercial setting are being gathered in a post-approval study. As updated data regarding placement rates are included in the product labeling they will also be posted on the Conceptus website: www.Essure.com.

\*\* Of these 518 women, 11 did not undergo attempted micro-insert placement because the tubal ostia could not be visualized. Also, 18 women who did not achieve bilateral placement underwent a follow-up HSG, and 15/18 (83%) were diagnosed with proximal tubal occlusion (PTO).

\*\*\* The reliance rate is the number of women who were able to rely on Essure for contraception divided by the number of women with bilateral micro-insert placement.



**Table 2**
**Effectiveness Results as of October, 2002**

| Cumulative Failure Rates | Phase II N=193 | Pivotal Trial N=439 | Both Trials Combined N=632 |
|---|---|---|---|
| One-Year Failure Rate* | 0%** (95% CI 0-1.53%) (Adj 95% CI 0-2.19%)*** | 0%** (95% CI 0-0.68%) (Adj 95% CI 0-0.78%) | 0%** (95% CI 0-0.47%) (Adj 95% CI 0-0.57%) |
| | Phase II N=181 | Pivotal Trial N=16 | Both Trials Combined N=197 |
| Two-Year Failure Rate* | 0%** (95% CI 0-1.54%) (Adj 95% CI 0-2.36%) | 0%** (95% CI 0-0.86%) (Adj 95% CI 0-0.93%) | 0%** (95% CI 0-0.55%) (Adj 95% CI 0-0.67%) |

\*   While the one-and two-year effectiveness rates for Essure compare quite favorably to the effectiveness rate for other methods of tubal sterilization at these time points, longer-term data on Essure are not available and may not compare favorably to other methods once these data are obtained. Follow-up of the women in both the Phase II and Pivotal trials is ongoing, and will continue to 5 years of follow-up. As updated data regarding longer-term failure rates are included in the product labeling they will also be posted on the Conceptus website: www.Essure.com.

\*\*  Although the effectiveness rate established in the clinical trials of Essure was 100%, no method of contraception is 100% effective, and pregnancies are expected to occur in the commercial setting.

\*\*\* Adjustment using indirect method, adjusted to CREST study population based on three age groups.

**Table 3**
**Age Distribution**

| Study | <28 years old | 28-33 years old | ≥34 years old |
|---|---|---|---|
| Phase II (average age: 35) | 7% | 23% | 70% |
| Pivotal Trial (average age: 32) | 17% | 47% | 36% |

**Table 4**
**Patient Demographics**

| | Phase II N=227 | Pivotal Trial N=518 |
|---|---|---|
| **Race** White/Caucasian Latin Black Other | Not collected | 428 31 24 9 |
| **Gravidity** | Mean=2.6 (0-10.0) | Mean=3.03 (1.0-11.0) |
| **Parity** | Mean=2.2 (0-5.0) | Mean=2.26 (1.0-6.0) |
| **Body Mass Index (BMI)** (kg/m$^2$) | Mean = 26 (17-57) | Mean = 27 (16-52) |

**essure**
Permanent Birth Control by Conceptus

**Table 5** provides estimates of the percent of women likely to become pregnant while using a particular contraceptive method for one year. These estimates are based on a variety of studies.

**Table 5**
**Pregnancy Rates for Birth Control Methods (For One Year of Use)**

| Method | Typical Use Rate of Pregnancy |
|---|---|
| **Sterilization:** | |
| Male Sterilization | 0.15% |
| Female Sterilization | 0.5% |
| **Hormonal Methods:** | |
| Implant (Norplant™ and Norplant™ 2) | 0.05% |
| Hormone Shot (Depo-Provera™) | 0.3% |
| Combined Pill (Estrogen/Progestin) | 5% |
| Minipill (Progestin only) | 5% |
| Nuva Ring | 1.2% |
| Ortho Evra | 1% |
| Lunelle | <1% |
| **Intrauterine Devices (IUDs):** | |
| Copper T | 0.8% |
| Progesterone T | 2% |
| LNg 20 | 0.1% |
| **Barrier Methods:** | |
| Male Latex Condom[1] | 14% |
| Diaphragm[2] | 17% |
| Cervical Cap[2] | 17% |
| Female Condom | 21% |
| Lea's Shield | 15% |
| **Spermicide:** (gel, foam, suppository, film) | 26% |
| **Natural Methods:** | |
| Withdrawal | 19% |
| Natural Family Planning (calendar, temperature, cervical mucus) | 25% |
| **No Method:** | 85% |

[1] Used without Spermicide  [2] Used with Spermicide

Data adapted from FDA's Uniform Contraceptive Table, and modified per FDA input based on new studies.

essure
Permanent Birth Control by Conceptus

Clinical Data Overview

**Adverse Events**

- **Patient Population**
  Between November of 1998 and June of 2001, a total of 745 women underwent an Essure placement procedure in two separate clinical investigations to evaluate the safety and effectiveness of the Essure Permanent Birth Control System (227 in the Phase II study and 518 women in the Pivotal trial[1]). Some women underwent more than one procedure if successful bilateral placement was not achieved in the initial procedure. Placement of at least one Essure micro-insert was achieved in 682 women (206 in the Phase II study and 476 in the Pivotal trial).

---

[1] In the Pivotal trial, 657 women initially enrolled in the study. Ninety-nine women subsequently changed their mind about participating. Twenty-three women were subsequently terminated because they did not meet the inclusion criteria, and 17 failed the screening tests. Therefore, 518 underwent the Essure placement procedure. There were a total of 13 women who were lost to follow-up in the Pivotal Trial.

- **Observed Adverse Events**
  Tables 6 and 7 below present adverse events that prevented reliance on Essure for contraception.

Table 6
**Phase II**
**Adverse events that prevented reliance on Essure for contraception**

| Event | Number | Percent |
|---|---|---|
| Perforation | 6/206 | 2.9% |
| Expulsion | 1/206 | 0.5% |
| Other unsatisfactory micro-insert location | 1/206 | 0.5% |
| *Initial tubal patency* | 7/200 | 3.5%* |

\* Tubal patency was demonstrated in seven women at the 3-month HSG, but all seven women were shown to have tubal occlusion at a repeat HSG performed 6 months after Essure placement.

Table 7
**Pivotal Trial**
**Adverse events that prevented reliance on Essure for contraception**

| Event | Number | Percent |
|---|---|---|
| Expulsion | 14/476 | 2.9%* |
| Perforation | 5/476 | 1.1% |
| Other unsatisfactory micro-insert location | 3/476 | 0.6% |
| *Initial tubal patency* | 16/456 | 3.5%** |

\* Fourteen women experienced an expulsion, however nine of these 14 women chose to undergo a second micro-insert placement procedure, which was successful in all nine cases.

\*\* Tubal patency was demonstrated in sixteen women at the 3-month HSG, but all sixteen women were shown to have tubal occlusion at a repeat HSG performed 6-7 months after Essure placement.

e·s·s·u·r·e™
Permanent Birth Control by Conceptus

Other adverse events or side effects reported as a result of the <u>hysteroscopic placement procedure</u> are shown below in tables 8 and 9.

**Table 8**
**Phase II Study**
**Adverse events reported on day of placement procedure (N=233 procedures)**

| Event | Number | Percent |
|---|---|---|
| Band Detachment | 3 | 1.3% |
| Vaso-vagal response | 2 | 0.9% |
| Pain | 2 | 0.9% |

**Table 9**
**Pivotal Trial**
**Adverse events reported on day of placement procedure (N=544 procedures)**

| Event | Number | Percent |
|---|---|---|
| Cramping | 161 | 29.6% |
| Pain | 70 | 12.9% |
| Nausea/ vomiting | 59 | 10.8% |
| Diziness/ light headed | 48 | 8.8% |
| Bleeding/ spotting | 37 | 6.8% |
| Vaso-vagal response/ fainting | 7 | 1.3% |
| Hypervolemia | 2 | 0.4% |
| Band Detachment | 2 | 0.4% |
| Other* | 16 | 2.9% |

*Includes: ache (3), hot/hot flashes (2), shakiness (2), uncomfortable (1), weak (1), profuse perspiration (1), bowel pain (1), sleepy (1), skin itching (1), loss of appetite (1), bloating (1), allergic reaction to saline used for distension (1).

In addition, the majority of women experienced mild to moderate pain during and immediately following the procedure, and the majority of women experienced spotting for an average of 3 days after the procedure. Pain was managed in every case with oral non-steroidal anti-inflammatory drug (NSAIDs) or oral narcotic pain reliever.

**Table 10** summarizes all adverse events rated by the Investigators to be at least "possibly" related to the Essure micro-insert or micro-insert placement procedure during the first year of reliance on Essure in the Pivotal trial (approximately 15 months post-device placement).The percentages presented reflect the number of *events* in the numerator and the number of *women in the trial* in the denominator. While women reporting numerous episodes of the same event is represented in the numerator as multiple reports of that event, she is only represented in the denominator once. Consequently, in some cases these percentages over-represent the percentage of women who have experienced that event.



**Table 10**

**Pivotal Trial**
**Adverse Events by Body Systems, First Year of Reliance***
**(N=476 patients implanted with at least one device)**

| Adverse Events by Body System | Number | Percentage |
|---|---|---|
| **Abdominal:** | | |
| Abdominal pain/abdominal cramps | 18 | 3.8 |
| gas/bloating | 6 | 1.3 |
| **Musculo-skeletal:** | | |
| Back Pain/low Back Pain | 43 | 9.0 |
| Arm/leg Pain | 4 | 0.8 |
| **Nervous/Psychiatric:** | | |
| Headache | 12 | 2.5 |
| Premenstrual Syndrome | 4 | 0.8 |
| **Genitourinary:** | | |
| Dysmenorrhea/menstrual cramps (severe) | 14 | 2.9 |
| Pelvic/lower abdominal pain (severe) | 12 | 2.5 |
| Persistent increase in menstrual flow | 9 ** | 1.9 |
| Vaginal discharge/vaginal infection | 7 | 1.5 |
| Abnormal bleeding –timing not specified (severe) | 9 | 1.9 |
| Menorrhagia/prolonged menses (severe) | 5 | 1.1 |
| Dyspareunia | 17 | 3.6 |
| **Pain/discomfort – uncharacterized:** | 14 | 2.9 |

\*   Only events occurring in > 0.5% are reported
\*\*  Eight women reported persistent decrease in menstrual flow

In the Phase II trial, 12/206 (5.8%) women reported episodes of period pain, ovulatory pain, or changes in menstrual function.

**Potential Adverse Events Not Observed in Clinical Studies**
The following adverse events were not experienced by women who participated in clinical studies evaluating the Essure Permanent Birth Control System but are still possible:
- Pregnancy and ectopic pregnancy in women relying on Essure[2]
- Perforation (a small hole) in internal bodily structures other than the uterus and fallopian tube.
- Adnexal infection/salpingitis.
- Adverse events associated with the hysterosalpingogram or X-rays.
- The effect of future medical procedures that involve the uterus or fallopian tubes on the ability of the Essure micro-insert to provide protection against pregnancy.
- Adverse events associated with surgery attempted to reverse the Essure procedure, as well as adverse events associated with pregnancy following a reversal procedure or an IVF procedure.
- Adverse events associated with gynecological surgical procedures (e.g. endometrial ablation).

[2]  One woman in the Phase II study who received a prior device design that was discontinued in 1998 (the Beta design of the STOP device) became pregnant after nearly two years of reliance on the device for contraception.  That pregnancy is not included in the effectiveness rate calculations, since that device was not the subject of the Premarket Approval Application (PMA) that supported approval of the Essure Permanent Birth Control System.

**4**



**e s s u r e**
Permanent Birth Control by Conceptus

# 4 PRODUCT OVERVIEW

**What is Essure?**

The Essure Permanent Birth Control System is designed to provide an alternative to incisional methods of tubal ligation for women seeking permanent contraception.

**How it Works**

Using a hysteroscopic approach, one Essure micro-insert is placed in the proximal section of each fallopian tube lumen. When the micro-insert expands upon release, it acutely anchors itself in the fallopian tube.

Subsequently, the micro-insert elicits an intended benign occlusive tissue response. This tissue in-growth into the micro-insert permanently anchors the micro-insert and occludes the fallopian tube, resulting in permanent birth control.

Based on the combined data from the Phase II and Pivotal Trials, the one and two year failure rates for Essure were 0% (95% CI 0-0.47 and 0-0.55, respectively). Although the failure rate in the clinical trials is 0%, no method of contraception is 100% effective and pregnancies with Essure are expected to occur in the commercial setting.

> **IMPORTANT**
>
> The Essure micro-inserts should NOT be relied on for contraception until the patient has undergone a hysterosalpingogram (HSG) 3 months after micro-insert placement, which demonstrates both bilateral tubal occlusion and satisfactory location of the micro-inserts.
>
> If Essure micro-inserts cannot be placed bilaterally, then the patient should not rely on this method of sterilization. Essure has not been proven to be effective when it is placed unilaterally.
>
> This product is intended to prevent pregnancy. It does not protect against either HIV infection or other sexually transmitted diseases.

**Components**

The Essure permanent birth control system consists of the Essure micro-insert, a disposable delivery system, and a disposable split introducer.

A standard hysteroscope with a 5 French working channel, continuous flow and a 12-30° angled lens is used in concert with Essure.

**The Micro-insert**

The Essure micro-insert consists of a stainless steel inner coil, a nitinol, superelastic outer coil, and polyethelene terephthalate (PET) fibers. The PET fibers are wound in and around the inner coil. The micro-insert is 4 cm in length and 0.8 mm in diameter in its wound down configuration. When released, the outer coil expands to 1.5 to 2.0 mm to anchor the micro-insert in the varied diameters and shapes of the fallopian tube.

**·e s s u r e·**
Permanent Birth Control by Conceptus



Wound-down micro-insert, attached to the release catheter, 0.8 mm in diameter  (not to scale)



Expanded outercoil (1.5-2.0 mm), 4 cm in length with white PET fibers on inner coil (not to scale)

**Disposable Delivery System**

The disposable delivery system consists of a single-handed ergonomic handle which contains a delivery wire, release catheter, and delivery catheter. The delivery wire and release catheter are not visible in the picture below.



The ergonomic handle controls delivery and release. A thumbwheel on the handle allows the physician to retract both the delivery catheter and the release catheter. The delivery wire is detached from the micro-insert by rotating the system.



The ergonomic handle

## ·e·s·s·u·r·e·™
Permanent Birth Control by Conceptus

The split introducer helps protect the micro-insert as it passes through the sealing cap of the hysteroscope working channel.



split introducer

The split introducer

**Mechanism of Action**

The Essure micro-insert remains anchored in the fallopian tube and results in permanent birth control because:

**—It can be placed crossing the utero-tubal junction.**
This is achieved by: 1) the length of the micro-insert, 2) a small insertion diameter, and 3) by sheathing the device in a hydrophilic delivery catheter to greatly reduce friction.

The Essure micro-insert is intended for placement into the fallopian tube spanning the utero-tubal junction (UTJ).  For purposes of micro-insert placement, the UTJ is defined as the portion of the fallopian tube, just as it exits the uterus.



Tubal ostium

Deployed Essure micro-insert

Uterus

Cervix

Outer coils larger in uterine cavity

Utero-tubal Junction

Ideal Essure micro-insert placement

This specific portion of the anatomy was chosen for the site of implantation so that the micro-insert would be placed far enough into the tube to prevent expulsion due to uterine contractions during menses, yet still proximal enough to allow a portion of the micro-insert to trail into the uterus (specifically, 3-8 coils).

essure
Permanent Birth Control by Conceptus

It is desirable to have a trailing portion in the uterus to aid micro-insert anchoring. This anchoring is achieved by the greater outer diameter of the expanded coils that trail into the uterus, as compared to the outer diameter of the expanded coils within the fallopian tube. The outer diameter of the expanded coils trailing in the uterus is expected to be as much as two times the outer diameter of the expanded coils that are compressed by the walls of the fallopian tube at the UTJ.

In addition, placement at the UTJ is expected to aid in anchoring since it most consistently represents the narrowest portion of the fallopian tube. Unacceptable rates of expulsions and failures with transcervical sterilization devices that were placed more proximally, at the ostial section of the fallopian tube, have been noted in the literature. In addition, expulsion of the Essure micro-insert has occurred when placement was too proximal. Finally if the micro-insert is placed without any trailing portion of the micro-insert in the uterus, then direct visualization of micro-insert location is not possible.

**—Its flexible, dynamic nature accounts for differences in women.**
The Essure micro-insert is a dynamic, spring-like device, in that it is inserted into the fallopian tube at a reduced diameter, and then expands once deployed to conform to varied diameters and shapes of fallopian tubes. The spring-like mechanism is intended to provide the necessary anchoring forces during the acute phase of micro-insert implantation (3 months post- micro-insert placement), during which time the PET fibers are eliciting tissue in-growth into the coils of the micro-insert and around the PET fibers.

**—The PET fibers elicit tissue in-growth.**
The effectiveness of the Essure micro-insert in preventing pregnancy is believed to be due to a combination of the space filling design of the micro-insert and a local, occlusive, benign tissue response to the PET fibers. The tissue response is the result of a chronic inflammatory and fibrotic response to the PET fibers. It is believed that the tissue in-growth into the micro-insert caused by the PET fibers results in both micro-insert retention and pregnancy prevention.



Tissue in-growth through the Essure micro-insert



The PET fibers were chosen for this application due to their success in causing tissue in-growth into devices used in other medical applications, such as prosthetic arterial grafts, percutaneous catheters, aneurysm coils, and other long-term implants.

**Permanency of Tubal Occlusion (and Sterilization)**
The long-term nature of the tissue response to the Essure micro-insert is not known. The majority of the clinical data regarding PET in the fallopian tube is based on 12-24 months of implantation, with little data at 36 months.  Therefore, beyond 24 months, the nature of the cellular/fibrotic response and the ability of the response and the micro-insert to maintain occlusion are not known.  Data for up to 5 years of wear will become available as participants in the clinical trials of safety and effectiveness continue to be followed.

In addition, women who choose the Essure method of sterilization will be requested to notify the manufacturer if they have surgery in the future (such as hysterectomy) that will result in explantation of the micro-inserts.  Also, the published failure rates for Essure as a method of contraception will be updated as these patients continue to be followed to account for long-term sterilization failures.

5



# 5 PATIENT SELECTION, SCREENING AND COUNSELING

**Indications for Use**

The Essure System is indicated for women who desire permanent birth control (female sterilization) by bilateral occlusion of the fallopian tubes.

**Contraindications**

The Essure Permanent Birth Control System should not be used in any patient who is:

- Uncertain about her desire to end fertility.

- Patients in whom only one micro-insert can be placed (including patients with apparent contralateral proximal tubal occlusion and patients with suspected unicornuate uterus).

- Patients who have previously undergone a tubal ligation.

Or any patient with any of the following conditions:

- Pregnancy or suspected pregnancy.

- Delivery or termination of a pregnancy less than 6 weeks before Essure micro-insert placement.

- Active or recent upper or lower pelvic infection.

- *Known* allergy to contrast media, or *known* hyper-sensitivity to nickel confirmed by skin test. **WARNING**: Patients with *suspected* hypersensitivity to nickel should undergo a skin test to assess hypersensitivity prior to an Essure placement procedure.

**Benefits**

As presented in section 3 of this manual, two separate studies of the safety and effectiveness of Essure have been conducted on women from the United States, Australia and Europe. The first study involved approximately 200 women and the second study involved approximately 500 women. The following has been demonstrated in these trials:

**No Incisions are Required**
Unlike the incisional methods of tubal ligation, the Essure procedure does not require incisions. It also does not involve cutting, crushing, or burning of the fallopian tube. Because there are no incisions, the Essure procedure does not cause scars.



**Can be Performed Without General Anesthesia**
The Essure procedure can be performed without general anesthesia. In the first clinical trial, general anesthesia was used in only 4% of procedures. In the second trial, general anesthesia was used in less than 1% of procedures.

**Rapid Recovery**
Women were typically discharged from the medical facility 45 minutes after the procedure. 92% of working women who participated in the second Essure study resumed work in 24 hours or less after the day of the procedure. Return to work was not evaluated in the first study. The majority of women returned to normal activities in 1-2 days. 96% of women rated their comfort as "good" to "excellent" within one week of the procedure.



Days of work missed for employed women, not including day of procedure

**High Patient Satisfaction**
98% of women rated their satisfaction with Essure as "good" to "excellent" at all study visits after the one-week visit.

**Patient Comfort with Wearing**
At all study visits, comfort with Essure has been rated very high, with comfort at one year rated as excellent in more than 90% of women.



Patient comfort rated very high at study follow-up visits



**Low Procedure Adverse Event Rate**
The adverse events associated with the placement procedure were infrequent
(~3%). None of the adverse events that occurred in the Pivotal Trial resulted in
unintended major surgery, re-hospitalization, or death, as occurs with incisional
tubal sterilization, although rarely.

**Highly Effective**
In addition to the above benefits, the one-year and two-year failure rates
established in the Essure clinical trials were both 0%.

**WARNING:** The effectiveness rate established for Essure was based on clinical
data from women in whom micro-inserts were placed bilaterally.  There is very
little data on the effectiveness of unilateral Essure placement in a unicornuate
uterus or unilateral Essure placement with presumed or confirmed contralateral
proximal tubal occlusion (PTO).

**Essure Enables Inclusion of Patients not Eligible for Invasive Sterilization**
It should also be noted that women who would otherwise have a relative
contraindication for transabdominal tubal sterilization (due to obesity or prior
abdominal/pelvic surgery), had placement rates in the Pivotal Trial as high as
women without these conditions. Therefore, the Essure System may be used in
women who would otherwise not be candidates for incisional sterilization.

**No Hormones**
Finally, Essure does not contain hormones.

**Patient Selection**

**Individualization of Treatment**
The Essure Permanent Birth Control System is available in one size only. The
risks and benefits previously described should be carefully considered for each
patient before use of the Essure Permanent Birth Control System. Patient
selection factors to be assessed should include:

- Patient's certainty about her desire to end fertility,

- Gynecological co-morbidities (e.g., pelvic infection, cervicitis,
  undiagnosed vaginal bleeding), and

- Reproductive tract anatomical variants and/or pathology, such as a
  bicornuate uterus or a submucous leiomyoma, that could make a patient
  unsuitable for transcervical delivery/placement of micro-inserts.

The decision to undergo treatment is at the discretion of the patient.

**WARNING:** Placement of Essure micro-inserts into women who are undergoing
immunosuppresive therapy (e.g., systemic corticosteroids or chemotherapy) is
discouraged, because the immunosuppresive therapy is expected to negatively
affect the tissue response to Essure that leads to tubal occlusion.



## Use in Specific Populations
The safety and effectiveness of Essure has not been established in patients with any of the following characteristics:

- Patients less than 21years old or greater than 45 years old

- Nulliparous women

- Patients who delivered a baby or terminated a pregnancy less than 6 weeks before Essure micro-insert placement.

**Patient Counseling, Informed Consent Process and Risks**

> **IMPORTANT**
> Patients should be counseled that this product is intended only to prevent pregnancy. It does not protect against either HIV infection or other sexually transmitted diseases.

The physician should consider the following points when counseling the patient about this procedure:

### Patient Information Booklet
The physician should discuss with the patient the details contained in the Patient Information Booklet regarding risks associated with placement and wearing of the Essure micro-inserts, some of which are highlighted below.

### The procedure should be considered irreversible
There are no data on the safety or effectiveness of surgery to reverse the Essure procedure. Any attempt at surgical reversal will likely require utero-tubal reimplantation.  Pregnancy following such a procedure carries with it the risk of uterine rupture and serious maternal and fetal morbidity and mortality.

Essure is only meant to be used by women who are certain they no longer want to have children.

Women who undergo sterilization at a relatively young age are at greater risk of regretting their decision to undergo sterilization. The Essure procedure should not be considered reversible at any age.

### There is a mandatory waiting period after the procedure during which the patient must use another form of contraception
Instruct the patient to use an alternative form of contraception (except an IUD or IUS, which could become entangled with the micro-inserts) for the first 3 months following the micro-insert placement procedure until she has undergone the 3-month HSG.  Ensure that the patient is supplied with, or already has, contraception for this time frame.  In addition, the patient should be counseled to use the most effective means of contraception for which she is a candidate.

**WARNING:** The patient should also be counseled that there is a theoretical increased risk of ectopic pregnancy during this time period, so compliance with her contraception regimen is critical.

·e s s u r e·
Permanent Birth Control by Conceptus

**WARNING:** Patients may decide in future years to undergo in vitro fertilization to become pregnant. The effects of the Essure micro-inserts on the success of IVF are unknown. If pregnancy is achieved, the risks of the micro-insert to the patient, to the fetus and to the continuation of a pregnancy are also unknown.

**Like all methods of birth control, the Essure procedure should not be considered 100% effective**
No method of birth control is 100% effective and there is a small chance that patients could become pregnant, even many years after the procedure. The risk of unintended pregnancy, even years after the procedure, also exists for patients who chose incisional tubal ligation or vasectomy.

**WARNING:** Although not reported in the clinical trials of Essure, there is a theoretical increased risk of ectopic pregnancy in patients with the Essure micro-inserts.

**Not all women who undergo the Essure placement procedure will achieve successful placement of both micro-inserts**
Approximately 14% of women in the Essure clinical trials did not achieve successful placement of both micro-inserts during the first placement procedure, but some of these women chose to undergo a second placement procedure and achieved successful placement of both micro-inserts during the second procedure, and subsequently were able to rely on Essure for contraception. If patients do not receive successful placement of both micro-inserts, they should talk with the physician about whether to undergo a second placement procedure or rely on other methods of birth control. Before conducting the Essure procedure, the physician should discuss with the patient a management plan that may be implemented in the event that successful placement is not achieved. Please refer to Section 9 of this manual for directions on how to manage cases of unsuccessful micro-insert placement.

**The Essure procedure is newer than other procedures**
Essure is one of the newest methods of permanent birth control, so it has not been studied in as many women or for as long as most birth control methods. Specifically, over 600 clinical trial participants have relied on Essure for contraception for one year, and over 200 of them have relied on Essure for two years. There are very little data on the safety or effectiveness of Essure beyond this time frame. Once these longer-term data are available, they may be different than the data based on one or two years of use.

**Removal of the Essure micro-inserts requires surgery**
A very small percentage of women in the Essure clinical trials reported recurrent or persistent pelvic pain, and only one woman requested micro-insert removal due to pain; however, if micro-insert removal is required for any reason it will likely require surgery, including an abdominal incision and general anesthesia, and possible hysterectomy.

essure
Permanent Birth Control by Conceptus

**As with all procedures, there are risks associated with Essure**
The patient should be aware of these risks and discuss them in detail with the physician doctor before making her decision. **Some of the risks associated with Essure have been discussed above, but additional risks, such as pain and bleeding following the Essure placement procedure as well as risks associated with future medical procedures the patient may undergo after Essure placement, are listed in the risk section of the Patient Information Booklet.** Some of these risks were reported during the clinical trials of Essure (see section 3) and some were not reported during the clinical trials but should still be considered as a potential risk of Essure. The patient should talk to the physician about the likelihood of these risks, particularly in relation to her own situation.

**Is Essure right for the patient?**
The Essure procedure is only appropriate if the patient is sure that she does not want any more children, would like to have permanent birth control and believes that she will not change her mind. If there is any chance that the patient may want to have children in the future, she should choose another form of birth control.  Patients should avoid making this choice during times of stress, such as divorce or after a miscarriage, and NEVER under pressure from a partner or others.

**Disclosure to the patient**
Conceptus recommends that the physician disclose to the patient (in written form) all risks associated with the Essure Permanent Birth control System, and that the Essure procedure is permanent and irreversible. Please also refer to the Patient Counseling section of the Technical Bulletin from the American College of Obstetricians and Gynecologists (ACOG) regarding female sterilization (ACOG Technical Bulletin Number 222, April 1996).

**Screening Tests**

Prior to undergoing the Essure procedure, patients should undergo screening tests as well as a pelvic exam.

Patients should be tested for the presence of *Neisseria gonorrhea* and *Chlamydia trachomatis* infections. A Pap smear should also be performed unless the patient had a normal Pap smear within 12 months prior to the Essure procedure.

If the patient tests positive for *Neisseria gonorrhea* or Chlamydia *trachomatis*, or if her Pap smear indicates dysplasia or carcinoma, she should be treated as medically indicated before undergoing the Essure procedure.

Conducting a pelvic exam prior to the Essure procedure should be done to rule out any active infection. The pelvic exam also allows the physician to determine the position of the uterus, which may enable an easier introduction of the hysteroscope at the time of the Essure procedure, and provide an indicator of potential patient discomfort so that pain medications for the Essure procedure can be planned accordingly.

**6**

essure™
Permanent Birth Control by Conceptus



# PRE-PROCEDURE

**Pre-Procedure Flow Chart**

A comprehensive flow chart detailing the pre-procedure steps for Essure is provided in Attachment A.

**Facility Requirements**

The Essure micro-insert placement procedure can be performed in an outpatient or office surgery setting.

**PRECAUTION:** As with all outpatient or office surgery procedures, appropriate equipment, medications, staff, and training should be in place to handle emergency situations, such as vaso-vagal response.

Sterile technique should be used during the micro-insert placement procedure following universal precautions. Face and eye protective covering should be worn by the physician. The amount of time required to complete the micro-insert placement procedure should not exceed 20 minutes (10 minutes per tube). However, when considering the amount of time required for pre-op preparation and post-op recovery, the patient should expect to spend approximately two hours at the facility.

**Staffing**

The Essure procedure should be supported by both a scrub nurse (or technician) as well as a circulating nurse. In addition to handing off all sterile instruments to the physician, the scrub nurse may also provide assistance to insert the Essure split introducer and the Essure delivery system through the sealing cap of the hysteroscope working channel while the physician manipulates the hysteroscope to maintain visualization of the tubal ostia.

The circulating nurse operates the light source, monitor, and VCR in addition to obtaining and providing supplies that may not already be in the sterile field. This staff person can also provide invaluable support, or "verbal anesthesia" to comfort and calm the patient who is awake throughout the procedure.

**Instruments and Supplies**

An Essure Procedure Equipment and Supplies Checklist is provided in Attachment B.

**Pre-op Counseling and Patient Prep**

**Essure is Permanent**

Before the Essure procedure commences, the physician or nurse should reconfirm the patient's decision for permanent birth control. The patient should be reminded that the Essure procedure is irreversible. She should be absolutely certain about her decision to end her fertility.

**Scheduling**

Micro-insert placement should be performed during the **early** proliferative phase of the menstrual cycle in order to: (a) decrease the potential for micro-insert

essure™
Permanent Birth Control by Conceptus

placement in a patient with an undiagnosed (luteal phase) pregnancy and (b) enhance visualization of the fallopian tube ostia. In women with menstrual cycles shorter than 28 days, the day of ovulation must be carefully calculated to reduce the potential of a luteal phase pregnancy. Micro-insert placement should NOT be performed during menstruation.

**Pregnancy Test**

A pregnancy test administered by the physician or designee should be conducted within 24 hours prior to or immediately preceding the micro-insert placement procedure.

**Alternative Birth Control**

Instruct the patient to use an alternative form of contraception (except an IUD or IUS) for the first 3 months following the micro-insert placement procedure until she has undergone the 3-month HSG. Ensure that the patient is supplied with, or already has, contraception for this time frame. In addition, the patient should be counseled to use the most effective means of contraception for which she is a candidate. **WARNING:** The patient should also be counseled that there is a theoretical increased risk of ectopic pregnancy during this time period, so compliance with her contraception regimen is critical.

**Placement Failure Rate**

The patient should also be reminded that there is a 14% chance that micro-insert placement in both fallopian tubes may not be achieved during the first attempted procedure due to pre-existing pathology, anatomic abnormalities, or procedure related difficulties such as poor visualization or tubal spasm. However, bilateral placement may be completed during a second procedure. There was an 83% success rate in the Pivotal Trial for placement during a second attempted procedure. If patients do not receive successful placement of both micro-inserts, they should talk with the physician about whether to undergo a second placement procedure or rely on other methods of birth control. Before conducting the Essure procedure, the physician should discuss with the patient a management plan that may be implemented in the event that successful placement is not achieved. Please refer to Section 9 of this manual for directions on how to manage cases of unsuccessful micro-insert placement.

**Pain/Discomfort Expectations**

The patient should be reminded that she may experience pain/discomfort during the procedure. In the Pivotal Trial, 4% of the patients experienced severe pain and 77% experienced mild to moderate pain. Also, 17% of patients experienced no pain. A well-informed patient may promote improved relaxation, cooperation and a higher pain threshold resulting in a positive experience.

e s s u r e

Permanent Birth Control by Conceptus

**Pre-op Medications**

Administration of a non-steroidal anti-inflammatory drug (NSAID) is recommended one to two hours before the micro-insert placement procedure. If the physician will be using only a paracervical block during the Essure procedure, an anxiolytic agent, may also be offered 30 minutes prior to the procedure to reduce anxiety.

**Patient Preparation in Procedure Room**

The following steps are recommended for preparing the patient for the Essure procedure. The actual Essure procedure, starting with introduction of the hysteroscope into the cervical canal, is described in Section 7.

**Inspect Equipment**

1.  Check all necessary equipment to ensure that there is no damage to equipment and that there are no missing parts.

**Place Patient in Lithotomy Position**

2.  Place the patient in the lithotomy position and drape per standard procedure. An under buttocks drape with a fluid control pouch is recommended for fluid management. Ensure the patient's legs and hips are comfortable in order to access the vagina and cervix. Ski boot style stirrups are recommended. If the fallopian tubes are laterally situated, the position of the patient's legs may need to be widened to allow hysteroscopic access.

**Introduce Open-Sided Speculum**

3.  Introduce a speculum into the vagina to allow access to the cervix. Prep the cervix with betadine or other suitable antibacterial solution according to standard practice. A bi-valve, open-sided speculum is recommended so that it can be readily removed once the hysteroscope is in place.

**Administer Local Anesthetic or IV Sedation if Needed**

4.  A local anesthetic (e.g., paracervical block), with or without IV sedation, is the preferred method for placement of the micro-inserts, including implantation during preceptored cases conducted as part of the Essure training program.

    Inform the patient that a local anesthetic is about to be placed to reduce discomfort and pain. The physician may ask the patient to cough just as the needle penetrates the ecto-cervix. This may help to minimize discomfort. Soothing words and touch provided by the circulating nurse will also aid in helping the patient to remain calm and to manage her discomfort.

**Connect / Check Endoscopy Equipment**

5.  While waiting for the paracervical block to take effect (3-4 minutes), connect the camera, light source, sealing cap, fluid inflow and outflow tubing to the hysteroscope. Focus the hysteroscope, perform a white balance and check the inflow/outflow functions on the hysteroscope.

**Place Tenaculum**

6.  Place a tenaculum on the anterior lip of the cervix. If the patient is unaware of the tenaculum placement, then the paracervical block is working.

The remaining steps for conducting the Essure procedure are provided in Section 7.

# PRE-PROCEDURE

| Instruments / Materials | | Key Points | Warnings/ Precautions |
|---|---|---|---|



| Instruments / Materials | | Key Points | Warnings/ Precautions |
|---|---|---|---|
| | **INITIAL PATIENT VISIT** | ➢ Assess decision for permanent contraception<br>➢ Counsel patient on risks and benefits<br>➢ Review for contraindications<br>➢ Perform screening tests & pelvic exam<br>➢ Schedule procedure during early proliferative phase<br>➢ Discuss Post-procedure recovery | ▪ Patient should understand that Essure is permanent and irreversible<br>▪ 3 months alternative contraception is required (IUD cannot be used)<br>▪ Patient should arrange for transportation post procedure |
| | **PRE-PROCEDURE COUNSELING** | ➢ Reconfirm patient's decision for permanent contraception<br>➢ Discuss mandatory requirement for alternative contraception until 3 month follow-up visit<br>➢ Obtain informed consent<br>➢ Discuss failure rate<br>➢ Discuss pain expectations | ▪ Pregnancy test must be within 24 hours |
| ✓ Informed Consent Form | **CONDUCT PREGNANCY TEST** | ➢ Conduct pregnancy test within 24 hours prior to but preferably immediately preceding the micro-insert placement procedure | ▪ Discuss with patient that additional anesthesia may be given if requested |
| ✓ Pre-procedure medications | **ADMINISTER PRE-PROCEDURE MEDS** | ➢ Administer non-steroidal anti-inflammatory drug one to two hours before the procedure<br>➢ If using only para-cervical block, Diazepam or similar agent may be offered 30 minutes before the procedure | ▪ Administer pre-procedure medications with enough time for them to take effect |
| ✓ <u>Open sided</u> or detachable Sims speculum<br>✓ Tenaculum<br>✓ Gauze & forceps<br>✓ Antibacterial prep solution | **PATIENT PREPARATION** | ➢ Inspect Equipment<br>➢ Place patient in lithotomy position<br>➢ Introduce speculum<br>➢ Prep cervix with anti-bacterial solution | ▪ Ensure emergency equipment and supplies are available<br>▪ Observe sterile technique throughout procedure<br>▪ Observe universal precautions |
| | **ADMINISTER LOCAL ANESTHETIC** | | |
| ✓ Hysteroscope<br>✓ Camera<br>✓ Camera head<br>✓ Light Source<br>✓ Light Cable<br>✓ Sealing Cap<br>✓ Monitor<br>✓ Inflow with Y connector<br>✓ 2x2 liter or 1x3 liter warmed saline bag | **PREPARE HYSTEROSCOPE** | ➢ Connect camera, light source, sealing cap, fluid inflow and outflow tubing to hysteroscope<br>➢ Focus hysteroscope<br>➢ Perform white balance<br>➢ Test Fluid Flow | ▪ Warm saline bags<br>▪ Have multiple saline bags immediately available<br>▪ Ensure that camera and proximal scope lens are dry |
| ✓ Tenaculum | **PLACE TENACULUM ON CERVIX** | | |

**essure**
Permanent Birth Control by Conceptus

# ESSURE PROCEDURE EQUIPMENT & SUPPLIES CHECKLIST

M – Mandatory      O – Optional      SB – Stand By

| | | |
|---|---|---|
| **PRE-PROCEDURE** | | |
| M | ☐ | **Pregnancy Test** (urine) |
| M | ☐ | **NSAIDS** (suppositories, oral or IM) |
| O | ☐ | **Other Pre-Procedure medications** as per physician  List: |
| **PROCEDURE - EQUIPMENT** | | |
| M | ☐ | **Hysteroscope**  minimum 5fr working channel, outer diameter 5mm (max 7mm), rigid scope with a 12-30° lens and continuous flow |
| M | ☐ | **Sealing Cap** for hysteroscope working channel |
| M | ☐ | **Light Source and Cable** w/ appropriate fittings for light source and hysteroscope |
| M | ☐ | **Camera Source and Head** |
| M | ☐ | **Monitor** |
| M | ☐ | **Bivalve, Open-Side Speculum** (i.e., Collins) |
| M | ☐ | **Single Toothed Tenaculum** may need two (2) for cervical seal to improve uterine distension |
| M | ☐ | **Gauze Forceps** |
| M | ☐ | **Tall IV Pole** preferred to enhance gravity pressure of saline |
| M | ☐ | **Stirrups** preferably ski boot type |
| SB | ☐ | **Pressure Bag** if needed to increase flow for uterine distension |
| SB | ☐ | **Cervical Dilation Set** |
| SB | ☐ | **Multi-Toothed Graspers** (rigid if possible) 5fr maximum or appropriate for hysteroscope working channel |
| O | ☐ | **VCR** |
| **PROCEDURE – DISPOSABLES & SUPPLY ITEMS** | | |
| M | ☐ ☐ ☐ | **ESSURE Systems** (2 per box)  **Split Introducers** (2 provided in Essure package)  **Patient ID Card** (provided in Essure package) |
| M | ☐ | **Warmed Saline** Preferably 2 or 3 liter bags |
| M | ☐ | **Bifurcated Large Bore Irrigation Tubing** with luer lock connector and outflow tubing |
| M | ☐ | **Local Anesthetic & Necessary Supplies** |
| M | ☐ | **Gauze** |
| M | ☐ | **Antibacterial Prep Soultion** (warmed) |
| O | ☐ | **Lithotomy Drapes** |
| O | ☐ | **Sterile Bag / Towel** to cover camera/hysteroscope junction |
| **POST-PROCEDURE** | | |
| M | ☐ | **ID Cards for Patients** (provided in Essure package) |
| M | ☐ | **Patient Discharge Orders** (schedule 3-month follow-up appointment) |

**7**

essure™
Permanent Birth Control by Conceptus

# ESSURE PLACEMENT PROCEDURE

**Step-by-Step Basic Procedure**

The instructions for pre-op counseling and patient preparation are provided in Section 6. The steps recommended for placement of the Essure micro-inserts are listed below. A comprehensive flow chart is provided in Attachment C.

**Introduce Hysteroscope**

1.  Open the inflow port and close the outflow port on the hysteroscope. Flush the scope of all air bubbles.

2.  Inform the patient that the hysteroscope is about to be introduced into the cervical canal. Invite her to view the procedure on the video monitor and describe the anatomy while proceeding.

3.  While the irrigation is on, insert the sterile hysteroscope through the cervix into the uterine cavity. Maintain visual and verbal contact with the patient during this potentially uncomfortable segment. Do not perform cervical dilation unless necessary to allow hysteroscope insertion. If dilation is necessary, dilate only as much as is required to insert the hysteroscope.

**WARNING:** In order to reduce the risk of uterine perforation, the procedure should be terminated if excessive force is required to achieve cervical dilatation, e.g. in the case of stenotic cervix.

**Remove Speculum**

4.  Remove the speculum.

**Distend Uterus**

5.  Uterine cavity distension should be accomplished with a 0.9% normal saline infusion through the inflow channel of the hysteroscope. It is strongly recommended that the saline solution be pre-warmed to body temperature (but no greater than body temperature) and introduced under gravity feed to minimize spasm of the fallopian tubes. Adequate uterine distension must be achieved and maintained throughout the procedure in order to allow identification of and access to the fallopian tube ostia. Standard fluid monitoring procedures should be followed throughout the procedure.

**WARNING:** In order to reduce the risk of hypervolemia, the procedure should be immediately aborted if the fluid deficit of the physiologic saline distension medium exceeds 1500cc.  To further reduce this risk related to hypervolemia, the hysteroscopic procedure time should not exceed 20 minutes.

**Visualize Both Ostia**

6.  **PRECAUTION:** Uterine or fallopian tube anomalies may make it difficult to place the Essure micro-inserts. Both tubal ostia should be identified and assessed hysteroscopically prior to proceeding to Essure micro-insert placement. No attempt should be made to place a micro-insert in one tubal ostium unless there is a reasonable expectation that the contralateral tube is accessible and patent. If it appears unlikely that successful bilateral micro-insert placement can be achieved, then the procedure should be terminated (see section 9 of this manual regarding management of unsuccessful cases).

essure
Permanent Birth Control by Conceptus

It is recommended that the Essure System remain in its sterile packaging until there is confirmation that both ostia have been visualized.

**PRECAUTION:** Do not use the Essure system if the sterile package is open or damaged. Do not use if the micro-insert is damaged.

**PRECAUTION:** The Essure system is for single use only. Never attempt to resterilize an Essure micro-insert or delivery system.

**Insert Introducer**

7. Once the fallopian tube ostia have been identified, insert the split introducer (with the opening face-up) through the sealing cap on the hysteroscope working channel.

**PRECAUTIONS:** The split introducer must be used in order to avoid damage to the micro-insert tip. The hysteroscope operating channel stopcock should remain in the open position (the micro-insert and/or introducer can be damaged if the stopcock closes on either device).

**Remove Stylet and Insert Essure Delivery System**

8. Remove the stylet while keeping the Introducer in place in the operating channel. Insert the Essure delivery catheter through the introducer and advance the system through the operating channel of the hysteroscope. Insertion of the Essure delivery system as soon as possible after removal of the stylet helps prevent leakage through the sealing cap and loss of uterine distension which may lead to loss of visualization of the tubal ostium.

**PRECAUTION:** When removing the stylet from the introducer, there is a possibility that saline will be washed back through the operating channel of the hysteroscope. Proper eye and face protection should be utilized.



**Advance System into First Tube**

9. Use the thumb and forefinger to gently grasp the Essure delivery catheter. Advance the delivery catheter about half way down the hysteroscope working channel and then remove the introducer from the sealing cap. Have an assistant reload the stylet into the introducer and place it back on the sterile table. It is prudent to have the secondary introducer on hand in the event that it is inadvertently dropped during the procedure.



10. If hysteroscopic rotation is required to access the ostium, the hysteroscope should be rotated via the light cable attachment and not the camera head. The angled lens (12-30 degrees recommended) will aid in obtaining alignment of the hysteroscope with the tubal ostium.



11. Advance the Essure delivery catheter into the proximal fallopian tube with gentle, constant forward movement to prevent tubal spasm.

**PRECAUTION:** Do not advance the Essure system if the patient is experiencing extraordinary pain or discomfort. Terminate the procedure and work-up the patient for possible perforation.

Advance the catheter until the black positioning marker reaches the fallopian tube ostium. This visual marker indicates that the Essure micro-insert is spanning the intramural and the proximal isthmic segments of the fallopian tube, with the outer coil spanning the uterotubal junction. This is the ideal placement for the Essure micro-insert.



Black positioning marker at tubal ostium is
visual indicator for proper position for deployment

**Note:** If the positioning marker does not advance all the way to the tubal ostium but is a maximum of one positioning marker length away from the tubal ostium (proximal to the ostium), adequate placement may still be achieved.





**PRECAUTION:** Do not continue to advance the Essure delivery system once the positioning marker on the catheter has reached the tubal ostium. Advancement beyond this point could result in unsatisfactory micro-insert placement and/or tubal/uterine perforation. If tubal or uterine perforation occurs or is suspected, immediately discontinue the Essure placement procedure and work-up the patient for a perforation.

12. Proper concentric alignment of the delivery catheter with the tubal lumen is suggested by the ability to advance the catheter under direct visualization without undue resistance. Resistance to advancement is usually apparent if: 1) the black positioning marker on the outside surface of the catheter does not advance forward towards the tubal ostium, and/or 2) the delivery catheter bends or flexes excessively, thus preventing the physician from applying forward pressure on the delivery catheter. When such resistance to forward advancement of the catheter is observed or felt, no further attempts should be made to place the micro-insert in order to avoid the possibility of uterine perforation or inadvertently placing the micro-insert in the uterine musculature rather than within the tubal lumen. A follow-up HSG should be undertaken to determine tubal patency.

**WARNING:** When introducing the Essure micro-insert into the fallopian tube, never advance the micro-insert against excessive resistance. If tubal or uterine perforation occurs or is suspected, immediately discontinue the Essure placement procedure and work-up the patient for a perforation.

13. If the tube is blocked or the delivery catheter cannot be advanced to the black positioning marker, the case should be terminated. **PRECAUTION:** If micro-insert placement is not successful after 10 minutes, the case should be terminated and potentially rescheduled (see section 9 for management of cases with unsuccessful placement).

**Stabilize Handle**

14. Only after the delivery catheter has been advanced to the positioning marker should the micro-insert be deployed. To do so, first stabilize the handle of the Essure micro-insert against the hysteroscope or camera to prevent inadvertent forward movement of the micro-insert during retraction of the delivery catheter.





Stabilize handle to prevent forward movement of the micro-insert

**Note:** While stabilizing the handle, do not grasp or bend the delivery catheter outside of the hysteroscope. This could result in unwanted movement of the distal tip of the delivery catheter.

**Retract Delivery Catheter by Rotating Thumbwheel**

15. Being certain that the positioning marker is at the fallopian tube ostium, rotate the thumb-wheel on the handle back towards you to withdraw the delivery catheter. This should be performed at a rate of 1 click per second until the wheel stops. The black positioning marker will move away from the tubal ostium (towards the hysteroscope) and disappear out of view into the hysteroscope operating channel.



Rotate thumbwheel to retract delivery catheter

**Note:** Once thumbwheel rotation begins, do not attempt to reposition the micro-insert until the delivery catheter is fully retracted. If the positioning marker is not moving towards you with each thumbwheel rotation, check that the handle is properly stabilized.



**Confirm Position of Wound-Down Micro-Insert**

16. Withdrawal of the delivery catheter exposes the wound-down Essure micro-insert attached to the orange release catheter. Approximately 1cm of the micro-insert (wound-down coils) should appear trailing into the uterus when the delivery catheter is withdrawn. To confirm proper positioning, look for a small notch in the wound-down micro-insert. This notch appears where there is also a slight increase in the diameter of the coils. The notch should be located just outside of the tubal ostium. Visualization of the notch just outside the ostium, as well as visualization of the distal tip of the orange release catheter will confirm proper positioning. If more than 1 cm of the micro-insert is visible in the uterus, then the micro-insert should be repositioned by moving the entire system further into the tube, if possible, before proceeding.





**Note:** If the notch is not just outside the ostium and more of the wound-down micro-insert is visible (indicating a too proximal placement) or if the orange release catheter has been advanced into the tubal ostium (indicating a too distal placement), the wound-down micro-insert should be gently repositioned, if possible, before proceeding to the next step (depressing the button). **DO NOT** depress the button if adequate positioning has not been achieved.

essure
Permanent Birth Control by Conceptus

**Essure Placement Procedure**

**Depress Button to Enable further Thumbwheel Rotation**

17. After retracting the delivery catheter and confirming proper positioning of the wound-down micro-insert, depress the button on the handle to enable the thumb-wheel to be further rotated.



**Rotate Thumbwheel to Withdraw Orange Release Catheter and Deploy Micro-insert**

18. Rotate the thumb-wheel back towards you to withdraw the orange release catheter. Continue to stabilize the handle while rotating the thumb-wheel.



When the thumb-wheel cannot be rotated any further, withdrawal of the orange release catheter is complete. Withdrawal of the orange release catheter enables the outer coil of the Essure micro-insert to expand. The operator should see the outer coils expand. If expansion is not observed, gently move the delivery wire away from the uterine wall to release pressure on the outer coil.

**Wait 10 Seconds for Coils to Expand**

19. **Wait approximately 10 seconds (count to 10) to allow the outer coils to fully expand.**

**Turn Handle 10 Times Counterclockwise to Disengage Delivery Wire**

20. Once the outer coils are expanded, rotate the entire handle counter-clockwise at least 10 full rotations.





**Withdraw
Delivery Wire**

21. Continue to rotate the handle while gently pulling backwards on the handle to release the delivery wire from the Essure micro-insert. Withdraw the delivery wire through the operating channel of the hysteroscope.



**Note:** If the micro-insert coils are still in the process of expanding, do not remove the delivery wire until the outer coil stops expanding.

**Count Trailing Coils
Ideal Placement
3-8 Coils**

22. Once the delivery system has been withdrawn, the position of the Essure micro-insert should be assessed. Count the number of expanded coils that appear trailing into the uterine cavity. Do not count the most proximal half coil. There should ideally be 3 to 8 expanded outer coils of the Essure micro-insert trailing into the uterus.





**23.** Unless the micro-insert has a trailing length that is 18 or more expanded outer coils, the micro-insert should be left in place and evaluated via HSG three months post device placement.

**WARNING:** Micro-insert removal should not be attempted hysteroscopically once the micro-insert has been placed. The only exception is during the actual placement procedure when removal may be attempted if 18 or more coils of the micro-insert are trailing into the uterine cavity. Because of micro-insert anchoring, however, removal may not be possible even immediately after placement. **Instructions on how to attempt micro-insert removal are provided in Section 9.** Attempted removal of a micro-insert having less than 18 coils trailing into the uterine cavity may result in fallopian tube perforation or other patient injury.

**IMPORTANT:** If the micro-insert was inadvertently deployed in the uterine cavity and not into the tube, then the micro-insert should be removed from the uterus and another attempt made at micro-insert placement in the tube.

**Record Notes in Patient Chart**

**24.** Record the number of coils of the micro-insert trailing into the uterine cavity, noting any issues with identifying or confirming either tubal ostium or any concern regarding potential perforation. These should be noted in patient records for subsequent reference when reviewing the three-month hysterosalpingogram (See Section 8). Additionally, the following information should be noted in the patient records:

- Concern, at the time of micro-insert placement, of possible perforation due to excessive force required on the delivery catheter, a sudden loss of resistance, or no visible trailing length, as seen hysteroscopically after device placement.

- The visible trailing length of the micro-insert at the conclusion of device placement if less than 3 coils or greater than 8 coils.

- If identification of the tubal ostium during the micro-insert placement procedure was compromised due to poor distension, poor illumination or poor visualization secondary to endometrial debris.

**25.** Repeat the Essure micro-insert placement procedure in the contralateral fallopian tube.

**PRECAUTION:** Do not place more than one micro-insert in a single fallopian tube.

# PLACEMENT PROCEDURE

| Instruments / Materials | | Key Points | Warnings/ Precautions |
|---|---|---|---|



**Instruments / Materials**

✓ Introducer

✓ Essure System

✓ Introducer
✓ Essure System

---

**Flow chart boxes (top to bottom):**

- INTRODUCE HYSTEROSCOPE
- REMOVE SPECULUM
- DISTEND UTERUS
- VISUALIZE BOTH OSTIA
- INSERT INTRODUCER
- INSERT CATHETER INTO HYSTEROSCOPE
- ADVANCE SYSTEM INTO FIRST TUBE
- STABILIZE HANDLE
- RETRACT DELIVERY CATHETER
- CONFIRM POSITION & DEPRESS BUTTON
- DEPLOY OUTERCOIL
- WAIT 10 SECONDS
- DISENGAGE DELIVERY WIRE
- COUNT TRAILING COILS
- REPEAT FOR OTHER TUBE

---

**Key Points**

➢ Insert while visualizing. Open inflow . Close outflow
➢ Keep in mind offset of lens while navigating through the cervix

➢ Preferably gravity feed
➢ Maintain consistent distension throughout procedure

➢ Clearly visualize both ostia before attempting micro-insert placement
➢ Attempt most difficult side first

➢ Open stop-cock on working channel
➢ Assistant inserts split introducer with opening face up
➢ Physician maintains view of the ostium throughout

➢ Assistant removes stylet and immediately inserts Essure system through introducer
➢ Remove introducer and reload stylet

➢ Advance Essure system with slow steady movement using thumb & forefinger to grasp catheter until the black positioning marker is at the ostium
➢ The black positioning marker can be a maximum of one positioning marker length away from the ostium

➢ Stabilize handle to prevent inadvertent forward movement of micro-insert

➢ Rotate thumbwheel toward you one click per second until hard stop
➢ Black positioning marker should move towards operator with each click

➢ Visually confirm notch is positioned just outside of the ostium
➢ Tip of orange release catheter is visible prior to pressing button
➢ Remember, pressing the button only unlocks the thumbwheel so it can rotate again

➢ Rotate thumbwheel towards you to retract release catheter and deploy outer coil of micro-insert
➢ Rotate thumbwheel until there is a hard stop

➢ Wait a minimum of 10 seconds to allow for micro-insert expansion

➢ Straighten system prior to removal of delivery wire
➢ Rotate handle proximal end *counter clockwise* at least 10 full turns to detach delivery wire from micro-insert
➢ Withdraw delivery wire gently

➢ Confirm 3-8 expanded micro-insert coils
➢ Do not count last half-coil

---

**Warnings/ Precautions**

- Do not dilate cervix unless necessary
- Terminate procedure if excessive force required to dilate
- Follow standard fluid absorption monitoring procedure
- If fluid deficit exceeds 1500cc, procedure should be aborted immediately
- Minimize fluid loss through cervix or hysteroscope
- Total hysteroscopic time should not exceed 20 minutes

- Do not attempt placement if both ostia not seen
- Assistant immediately opens introducer and micro-insert after both ostia are visualized
- Do not use product that appears non-sterile or damaged
- Essure is for single use only, do not resterilize

- CAUTION: splash-back is possible when removing stylet. Wear eye protection
- Introducer must be used to protect micro-insert tip
- Ensure working channel stopcock remains open

- Do not advance black positioning marker past ostium
- If no advancement terminate case if tubal occlusion suspected or after 10 minutes of cannulation per tube
- Never advance the micro-insert against excessive resistance or if patient is experiencing extreme discomfort or pain

While stabilizing:
- Do not grasp catheter
- Do not bend catheter external to scope
- Once thumbwheel rotation begins, do not attempt to reposition the micro-insert until delivery catheter is fully retracted
- If black positioning marker is not moving toward you with each thumbwheel rotation, check that handle is properly stabilized
- If possible, gently reposition micro-insert if notch is not in proper position
- Only press the button when 1) position is confirmed and 2) tip of orange catheter is visible

- Handle should still be stabilized during rotation of thumbwheel

- Do not remove delivery wire until outercoil stops rotating

- Withdraw delivery wire gently.
- If coil comes back with delivery wire, ensure system is straight then apply more rotations.
- Stabilize handle while rotating handle proximal end

- Do not attempt micro-insert removal unless there are 18 or more coils confirmed in the uterine cavity
- Note number of coils trailing
- If between 8 and 18 coils, document in procedure notes for HSG at 3 months

- Do not place second micro-insert if first one is not successful
- Do not place more than one micro-insert in a single tube

8



 # POST-PLACEMENT FOLLOW-UP

**Post-Procedure Flow Chart**

A comprehensive flow chart detailing the post-procedure steps for Essure is provided in Attachment D. Below is a description of each step.

**Record Notes in Patient Chart**

Although recording notes in a patient chart may seem like a basic requirement for any procedure, it is particularly important for Essure so that the information can be utilized to help assess and understand potential placement issues in conjunction with the hysterosalpingogram that will be conducted three-months post-procedure. The following items should be recorded in the patient chart:

- The visible trailing length of the micro-insert at the conclusion of device placement, if less than 3 coils or greater than 8 coils. As stated, however, do not remove the micro-insert unless 18 or more coils are trailing in the uterine cavity.

- Note if identification of the tubal ostium at the device placement procedure was compromised due to poor distension, poor illumination, or poor visualizatrion secondary to endometrial debris

- Concern at the time of device placement of possible perforation due to excessive force required on the delivery catheter, a sudden loss of resistance, or no visble trailing length in the uterus as seen hysteroscopically after device placement.

**Post-Procedure Counseling**

**ID Card**

A patient ID card is supplied with each Essure System. Please give this to your patient and ask that she carry it with her at all times, and show it to other physicians involved in her present or future care.

**Alternative Contraception**

**WARNING: There is a mandatory waiting period after the procedure during which the patient must use another form of contraception**
Instruct the patient to use an alternative form of contraception (except an IUD or IUS, which could become entangled with the micro-inserts) for the first 3 months following the micro-insert placement procedure until she has undergone the 3-month HSG. Ensure that the patient is supplied with, or already has, contraception for this time frame. In addition, the patient should be counseled to use the most effective means of contraception for which she is a candidate.

**WARNING:** The patient should also be counseled that there is a theoretical increased risk of ectopic pregnancy during this time period, so compliance with her contraception regimen is critical.

**HSG Three-Months Post-Placement**

Patients should be scheduled for a hysterosalpingogram (HSG) three months following the Essure micro-insert placement procedure. The HSG is performed to evaluate: 1) micro-insert location; and 2) fallopian tube occlusion. Only if micro-insert location is satisfactory, and there is evidence of bilateral occlusion of the fallopian tubes, may the physician instruct the patient to discontinue use of alternative contraception and rely on the Essure micro-inserts for pregnancy prevention.

essure
Permanent Birth Control by Conceptus

**HSG Protocol**

A protocol, Performing and Evaluating Hysterosalpingograms Three Months Post-micro-insert Placement, is provided in Attachment E.

**Post-Placement Warnings and Precautions**

**Micro-insert(s) Removal**
A very small percentage of women in the Essure clinical trials reported recurrent or persistent pelvic pain, and only one woman requested device removal due to pain; however, if device removal is required for any reason, it will likely require surgery, including an abdominal incision and general anesthesia, and possible hysterectomy.

**Electrosurgical Procedures**
The Essure micro-insert will conduct energy if directly or closely contacted by an active electrosurgical device. If this occurs, then there is a risk of patient injury. Therefore, electrosurgery should be avoided in procedures undertaken on the uterine cornua and proximal fallopian tubes without either hysteroscopic visualization of the micro-inserts, or visualization of the proximal portion of the fallopian tube via open surgical procedures or laparoscopy. During LAVH and other procedures in which electrosurgical instruments could contact the serosa of the fallopian tube, instruments should not be placed more proximal than the ampullary portion of the tube.

**Endometrial Ablation**
Bench studies suggest that endometrial ablation using radio frequency (RF) energy will cause significant damage to surrounding tissue if an active RF instrument comes into direct contact with the Essure micro-inserts. Consequently, if using RF energy to perform endometrial ablation, direct contact with the Essure micro-inserts should be avoided. Global auto-ablative systems that employ RF energy should not be used in women with the Essure micro-inserts in place.

Bench studies suggest that endometrial ablation of the uterus with thermal (heated fluid) techniques can be done with the Essure micro-inserts in place without significant tissue damage, however, there is little clinical data regarding the safety of thermal endometrial ablation in women with the Essure micro-inserts.

There are no data regarding cryo-ablation techniques or the use of laser for endometerial ablation of the uterus with Essure micro-inserts in place.

There are also no data regarding the use of endometrial ablation devices that operate at microwave frequencies with the Essure micro-inserts in place. The use of microwave energy near metallic implants has been shown to pose significant risk of serious injury to patients. Use of microwave endometrial ablation devices near the Essure micro-inserts, therefore, should be avoided.

essure
Permanent Birth Control by Conceptus

**Other Intrauterine Procedures**
Diagnostic procedures under direct visualization are optimal with the Essure micro-inserts in place.  Blind insertion of instruments into the uterus with the micro-inserts in place should be undertaken with caution and care to avoid disruption of the micro-inserts.

Any intrauterine procedure performed without hysteroscopic visualization following Essure implantation could interrupt the ability of the Essure micro-inserts to prevent pregnancy. Following such procedures, micro-insert retention and location should be verified by hysteroscopy, x-ray or ultrasound. In addition, the presence of the Essure micro-inserts could involve risks associated with intrauterine procedures that, at this time, have not been identified.

**MRI**
Testing to ensure safety and compatibility with Magnetic Resonance Imaging (MRI) has been conducted using a 1.5 tesla magnet. The Essure micro-inserts were found to be MR safe at this field strength. Test results at 1.5 tesla indicate zero magnetic force and radio frequency (RF) heating of 0.60 C in a phantom when a whole body specific absorption rate (SAR) of 1.3 W/kg was applied. The presence of the micro-inserts produces an MR artifact, which will obscure imaging of local tissue. The artifact is expected to be larger at higher field strength.

e s s u r e
Permanent Birth Control by Conceptus

Attachment D

**PRE-PROCEDURE        PLACEMENT PROCEDURE        POST-PROCEDURE**



| Instruments / Materials | | Key Points | Warnings/ Precautions |
|---|---|---|---|

**RECORD NOTES IN PATIENT CHART**
- ➢ Record trailing length ( # of coils)
- ➢ Record any unusual aspects of placement in notes to keep in mind for 3 month follow-up

- ▪ Record any issues identifying or confirming tubal ostium or concerns regarding potential perforation

**POST PROCEDURE COUNSELING**
- ➢ Remind patient to use alternative form of contraception for a least 3 months
- ➢ Instruct patient to monitor menstrual cycle and report if 5 days late
- ➢ Schedule 3 month HSG
- ➢ Give patient ID card
- ➢ Instruct patient to contact physician before having intrauterine procedure

- ▪ IUD's cannot be used as an alternative form of contraception with the Essure micro-insert

**ENSURE PATIENT HAS CONTRACEPTION FOR 3 MONTHS POST-OP**

- ▪ During HSG, an increase in intrauterine pressure beyond that needed to produce total cavity fill serves no purpose and should be avoided in order to maximize patient comfort and prevent the possibility of vasovagal reaction

✓ HSG catheter
✓ Fluoroscopic contrast

**3 MONTH FOLLOW-UP HSG**
- ➢ Review Section 8 of Physician Manual for HSG protocol
- ➢ Review procedure notes from initial placement
- ➢ Perform multi-film HSG
- ➢ Evaluate LOCATION and OCCULSION (Section 8 of Physician Manual; see algorithms below)

- ▪ Counsel patient on reliance of HSG data if unilateral placement and contra-lateral blockage (see Section 9 of Physician Manual)

**3 MONTH FOLLOW-UP COUNSELING**
- ➢ Counsel based on HSG results
- ➢ Discontinue use of alternative contraception if proper location and occlusion

### HSG ALGORITHMS

| LOCATION | OCCLUSION | RECOMMENDATION |
|---|---|---|
| Satisfactory<br>**2 - Less than 50% of inner coil in uterine cavity, or**<br>**2 - Proximal end of inner coil is no more than 30mm from edge of contrast filling cornua** | Satisfactory<br>**1 - Tube is occluded at cornua**<br>**2 - Contrast within tube but not past the outer coil of the micro-insert** | Patient may discontinue alternative contraception and begin relying on Essure. |
| Satisfactory<br>*(as per above)* | Unsatisfactory<br>**3 - Contrast seen past the micro-insert or in the peritoneal cavity** | Patient remains on alternative contraception for 3 more months and repeat HSG. If still tube is still patent at 6 months, advise patient not to rely on Essure micro-inserts for contraception. |
| Unsatisfactory<br>**1 - Expulsion or Proximal placement**<br>**3 - Peritoneal location or Distal placement** | Not applicable | Patient should not rely on Essure micro-inserts for contraception.*<br><br>*Refer to Section 9 of Physician Manual for patient management recommendations |



**Performing and
Evaluating
Hysterosalpingograms
Three Months
Post-Micro-insert
Placement**

Three months following the Essure micro-insert placement procedure, the patient should be scheduled for an HSG. The HSG is performed to evaluate: 1) micro-insert location; and 2) fallopian tube occlusion. Only if micro-insert location is satisfactory and, there is evidence of bilateral occlusion of the fallopian tubes, may the physician instruct the patient to discontinue use of alternative contraception and rely on the Essure micro-inserts for pregnancy prevention.

The following steps should be followed for performing and evaluating the HSG.

**Performing the HSG**

One objective of the HSG is to evaluate the relationship of the proximal end of the inner coil of the micro-insert to the uterine cornua, thus verifying that the micro-insert spans the UTJ. In order to achieve this, the following guidelines should be adhered to:

1.  The uterine cavity silhouette must be clearly seen with good cornual filling.

2.  The fluoroscopy beam with respect to the uterus should be as close to A/P projection as possible.

3.  A good cervical seal should be maintained throughout the procedure to ensure good uterine distension, so do not dilate unless necessary.

4.  Downward traction on the cervical tenaculum may be required in patients having a midpositional uterus, to allow for ideal images of the uterine cavity. The speculum should be removed prior to fluoroscopy in order to assure the best possible visualization of uterine anatomy.

5.  A minimum of six still radiographs should be taken to assess micro-insert location and tubal occlusion. A description of each radiograph is provided below with associated pictures.

NOTE: Assessment of the location of the micro-inserts on HSG is not the same as noted on hysteroscopy. Therefore, a correctly placed micro-insert may appear to be more distal on HSG than noted at the time of hysteroscopy.



**Radiographic Markers**



Micro-insert markers on patient left corresponds to radiographic view illustration

**Radiograph 1 – "Scout Film"**

Capture an image of the uterus immediately prior to infusion of contrast into the uterine cavity.   The Essure micro-inserts should be clearly seen.  The lie and curvature of the micro-inserts should be noted.

**Radiograph 2 – Minimal Fill of the Cavity**



Capture an image of the uterus after a small amount of radio opaque contrast is instilled into the uterine cavity.  This image should demonstrate evidence of an adequate seal of the uterine cervix and the beginning of opacification of the uterine cavity. In this radiograph, contrast material is likely not to have reached the uterine cornua. If the uterine cavity silhouette is not seen in a nearly A/P projection, the fluoroscopy beam and/or the patient need to be adjusted.

essure™
Permanent Birth Control by Conceptus

Post-Placement Follow-up

**Radiograph 3 –
Partial Fill of the
Cavity**



Capture an image of the uterus when it is nearly full of contrast or opacified. The cornua may not yet have been adequately distended.  Proximal (uterine) portions of the Essure micro-insert may not yet be obscured by the advancing contrast.

**Radiograph 4 –
Total Fill of Cavity**



Capture an image of the uterus when the uterine cavity is completely filled to patient tolerance or maximal distension of the cornua has been achieved, whichever comes first. In this image, the advance of contrast (i.e., opacification) is likely to meet or obscure the proximal (uterine) portions of the Essure micro-inserts.

**NOTE:**  An increase in volume of the intracavitary contrast, with resultant increase in intrauterine pressure is often needed to allow for a satisfactory image.

**CAUTION:**  An increase in intrauterine pressure beyond that needed to produce image #4 serves no purpose and should be avoided, so as to avoid undue patient discomfort and the possibility of resultant vasovagal reaction such as profound bradycardia, lightheadedness, sweating and fainting.



**Radiograph 5 & 6 –
Magnifications of
uterine cornua**



Magnification of right cornua



Magnification of left cornua

Once the uterine cornua are filled to maximum distension, magnified views of both right and left cornua should be obtained, highlighting the position of the micro-insert in reference to the uterine cornua.

**Evaluating HSGs**

When evaluating the HSG, it is important to first confirm that the appropriate radiographs described above are provided, a good A/P image of the uterine silhouette is obtained, and the uterus is maximally distended in at least one view.  The HSG will need to be immediately repeated if:

1.  The appropriate sequence of radiographs has been captured but one or both uterine cornua are not maximally distended;

2.  The projection of the silhouette is fundal rather than A/P;

3.  The appropriate sequence of radiographs was not taken, and/or the uterine cornua are not distended or are otherwise obscured making evaluation of micro-insert position impossible or equivocal.

**Micro-insert Location**

In evaluating micro-insert position it is important to note the "markers" for the proximal end of the micro-insert (the end of the inner coil and the platinum band of the outer coil). Micro-insert position is then evaluated according to its relationship to the distended uterine cornua.  Measurements of these relative distances can be taken with a caliper. Ideal micro-insert location is when the inner coil of the micro-insert crosses the utero-tubal junction.  The inner coil is the critical component for evaluation because the PET fibers, that cause fibrosis and occlusion, are located on the inner coil of the micro-insert.

NOTE: Assessment of the location of the micro-inserts on HSG is not the same as noted at hysteroscopy. Therefore, a correctly placed micro-insert may appear to be more distal on HSG than noted at the time of hysteroscopy.



Post-Placement Follow-up

The following scale should be used to categorize assessment of micro-insert location:

**Expulsion or Proximal Placement (micro-insert not placed far enough into tube)**

**1.** The micro-insert is not present (expulsion) OR more than 50% of the length of the inner coil of the micro-insert is trailing into the uterine cavity (too proximal placement).





Complete expulsion of left micro-insert          Expulsion of left micro-insert into uterus

**Satisfactory Placement**

**2.** Distal end of the inner coil is within th tube with less than 50% of the length of the inner coil is trailing into the uterine cavity, OR the proximal end of the inner coil appears to be up to 30 mm into the tube from where contrast fills the uterine cornua.





Satisfactory location          On patient left side, proximal end of inner coil is <30 mm from contrast at cornua



**Distal Placement
(micro-insert placed
too far in tube) or
Peritoneal Location**

**3.** Micro-insert is in the tube but proximal end of the inner coil appears to be more than 30 mm distal into the tube from the contrast filling the uterine cornua, OR the micro-insert is within the peritoneal cavity.

 

Micro-insert in peritoneal cavity          Distal placement of micro-insert

**A patient with micro-insert location that is rated to be in categories 1 or 3 <u>should not rely</u> on the Essure micro-inserts for contraception.**

**Occlusion**

The most critical aspect of evaluating tubal occlusion is determining whether the contrast is visible in the tube beyond the micro-insert. It is also important to note any degree of proximal tubal filling with contrast even if the tube is occluded.

The following scale should be used to categorize assessment of tubal occlusion:

**1.** Tube is occluded at the cornua.





2.  Contrast seen within the tube but not past any portion of the length of the outer coil of the micro-insert (i.e., past the distal end of the outer coil, see Radiographic Markers diagram on page 5)



On patient right, contrast in proximal tube

3.  Contrast seen past the micro-insert or in the peritoneal cavity.



Patency beyond micro-insert

If tubal occlusion is rated to be in categories 1 or 2 above, and micro-insert location is satisfactory (category 2 above), then the patient should be instructed to discontinue alternative contraception. If occlusion is rated as a 3 and micro-insert location is satisfactory at the 3 month HSG, then the patient should remain on alternative contraception for 3 more months and have a repeat HSG. **If occlusion is again rated as a 3, then she should be advised to not rely on the Essure micro-inserts for contraception.**

essure™
Permanent Birth Control by Conceptus

**3 Month HSG Algorithms**

---

**Satisfactory location (2)**

**tubal occlusion (1 or 2)**

↓

Instruct patient to discontinue alternative contraception

---

**Satisfactory location (2)**

**Tubal patency beyond micro-insert (3)**

↓

Patient remains on alternative contraception for 3 more months and repeat HSG. If still patent at 6 months, advise patient not to rely on Essure micro-inserts for contraception

---

**Expulsion/Proximal Placement (1)**
**or**
**Peritoneal location / Distal Placement (3)**

↓

patient should not rely on Essure micro-inserts for contraception*

\*   Refer to the Physician Training Manual, Section 9 - Management of Technical Issues, for additional patient management recommendations

9



# 9 MANAGEMENT OF TECHNICAL ISSUES

**Attempted Micro-insert Removal During Procedure**

**WARNING:** Micro-insert removal should not be attempted hysteroscopically once the micro-insert has been placed. The only exception is during the actual placement procedure when removal may be attempted if 18 or more expanded coils of the Essure micro-insert are trailing into the uterine cavity. Because of micro-insert anchoring, however, removal may not be possible even immediately after placement. Attempted removal of a micro-insert having less than 18 coils trailing into the uterine cavity may result in fallopian tube perforation or other patient injury.

If there are 18 or more expanded outer coils trailing into the uterus, then the micro-insert should be immediately removed from the uterus (as described in steps 1-5 below) and another attempt made at micro-insert placement in the tube. Micro-insert removal may not always be possible. Removal of a micro-insert should only be attempted during the same procedure in which the micro-insert was placed.

1. As necessary, administer analgesia/anesthesia to reduce or prevent patient discomfort.

2. Introduce a grasping instrument through the hysteroscope working channel.

3. Grasp the outer coil of the Essure micro-insert. Try to grasp the outer and inner coil of the micro-insert together.

4. Slowly pull back on the grasping instrument and withdraw the hysteroscope at the same time. Since the expanded micro-insert is too large to be removed through the operating channel, the entire Essure system, together with the hysteroscope, should be removed from the uterus.

5. The outer coil and/or the inner coil of the Essure micro-insert may stretch or elongate as micro-insert removal is being attempted.

If complete micro-insert removal is accomplished, an attempt should be made to place another Essure micro-insert. If micro-insert removal is not accomplished, it should be left in place and no attempt should be made to cut the micro-insert. If the physician is not completely satisfied that the entire Essure micro-insert has been removed from the fallopian tube, another micro-insert should **NOT** be placed in that tube and a post-placement x-ray should be taken to determine if a micro-insert fragment remains *in vivo*.

**Troubleshooting Guide**

A variety of technical and/or procedural issues may arise while performing the Essure procedure. A troubleshooting guide, provided in Appendix F, for addressing potential issues has been categorized into the following major steps of the procedure:



· Introducing the hysteroscope
· Achieving uterine distension
· Achieving ostial visualization
· Advancing the micro-insert into the fallopian tube
· Deploying the micro-insert

**Management of Unsuccessful Cases**

In the event of unilateral or bilateral micro-insert placement failure, the patient should be informed that her permanent contraception has not been completed. Patients who experience micro-insert placement failure should be counseled about the opportunity to undergo a second attempt at micro-insert placement, especially in the case of unilateral placement.

Of the women in the Pivotal Trial who underwent a second procedure following the follow-up HSG, 83% achieved bilateral placement at the second procedure. If the patient chooses to undergo a second placement procedure, she must first undergo an HSG after her next menses to determine tubal patency. If tubal patency is observed, the physician may offer the patient a second attempt at micro-insert placement. If a second attempt at micro-insert placement fails, the patient is unlikely to have success with subsequent attempts.

If the patient has one micro-insert left *in vivo* she should be counseled not to rely on the unilateral micro-insert for contraception. If a patient undergoes a follow-up HSG in order to qualify for a second placement procedure, this HSG is NOT considered to be a substitute for the 3-month HSG described in Section 8 of this manual.

## Management of Unsuccessful Cases





If the patient chooses laparoscopic sterilization (i.e., clip application or electrical cautery), both fallopian tubes should be clipped or coagulated even if one tube has the Essure micro-insert implanted in it. Clipping or coagulation of the tube or tubes should be performed in the ampullary portion of the fallopian tube.

**Complaint Reporting**

The Food and Drug Administration requires Conceptus to have a complaint handling system. Each complaint is thoroughly evaluated at Conceptus to determine whether an investigation is necessary. There are both medical complaints and product complaints. The definitions are as follows:

**Medical Complaint**
Any oral, electronic or written communication that alleges deficiencies related to the identity, quality, durability, reliability, safety, effectiveness or performance of the device, after it is released for distribution, which also involves an adverse patient event. Or, a report of an adverse patient event without a corresponding complaint about the device.

**Product Complaint**
Any oral, electronic or written communication that alleges deficiencies related to the identity, quality, durability, reliability, safety, effectiveness or performance of the device, after it is released for distribution, and which does not involve an adverse patient event.

There are three main points to remember regarding complaint reporting:

1) Report a medical or product complaint as soon as possible. These complaints should be directed to the Conceptus Customer Service department at 877-ESSURE2, which is also (877)377-8732. Depending on the nature of the complaint, there are strict timeframes during which the complaint must be reported to FDA.

2) When reporting the complaint, be sure to distinguish the facts around the event, vs. speculation as to why there was a problem.

3) Save and return the Essure System that was used. If possible, include the original packaging with the lot number, or obtain the lot number from the patient chart and send that number along with the Essure System. Returned product should be mailed to:

   Conceptus, Inc.
   1021 Howard Avenue
   San Carlos, CA 94070

   Attn: Receiving Department



# Troubleshooting Guide

## Major Steps

- Introducing the Hysteroscope

- Achieving Uterine Distension

- Achieving Uterine Cornual Visualization

- Achieving Ostial Visualization

- Advancing the Micro-insert into the Tube

- Deploying the Micro-insert





# Introducing the Hysteroscope

* Use solutions individually, simultaneously, or sequentially as appropriate

| Problem | Cause | Solutions* |
|---------|-------|-----------|
| **Inability to Introduce the Hysteroscope into the Uterus** | Inadequate Cervical Dilation | • Use Hysteroscope with Smaller Outer Diameter<br>• Dilate Cervix<br>• Abandon Procedure |
| | Severely Retroverted or Anteverted Uterus | • Use Tenaculum to Straighten the Angulation Between the Uterus and Cervix<br>• Abandon Procedure |

5

**Troubleshooting:**
Introducing the Hysteroscope





Permanent Birth Control by Conceptus

# Achieving Uterine Distension

\* Use solutions individually, simultaneously, or sequentially as appropriate

| Problem | Cause | Solutions* |
|---|---|---|
| **Inadequate Intrauterine Pressure** | Patulus Cervix | • Gently Twist Tenaculum 45° or Use Additional Tenaculum to Seal Cervix<br>• Place Tenaculum at 1 & 5 o'clock or 7 & 11 o'clock position (or both) |
| | Inadequate Flow | • Ensure Hysteroscope Valves are Fully Open<br>• Inspect Tubing<br>• Increase Bag Height or Pressure |
| | Pinched Tubing | • Inspect Tubing & Replace if Necessary |
| | Small or Empty Saline Bags | • Replace Empty Bags<br>• Use Two Bags with "Y" Connector<br>• Use 3 Liter Bags |
| | Inflow / Outflow Ports Clogged or Closed | • Open Closed Ports<br>• Flush Ports |
| | Leakage at Hysteroscope Valves | • Check Connections<br>• Replace Tubing |
| | Incorrect Pump Type or Settings | • Inspect Pump and Stopcocks<br>• Read Pump Operators Manual |
| | Pump Tubing Reversed | • Change Tubing Direction |

**Troubleshooting:**
Achieving Uterine Distension



Permanent Birth Control by Conceptus

## Achieving Uterine Distension

\* Use solutions individually, simultaneously, or sequentially as appropriate

| Problem | Cause | Solutions* |
|---|---|---|
| **Inadequate Intrauterine Pressure** | IV Pole for gravity feed is too low | • Raise IV pole<br>• Use Pressure Bag |
| | Defective Pressure Bag | • Replace Pressure Bag<br>• Use Gravity Feed |
| | Obstruction in Hysteroscope Channel | • Flush Channel<br>• Remove Hysteroscope and Clean |

**Troubleshooting:**
Achieving Uterine Distension



**essure**
Permanent Birth Control by Conceptus

# Achieving Uterine Cornual Visualization

* Use solutions individually, simultaneously, or sequentially as appropriate

| Problem | Cause | Solutions* |
|---------|-------|-----------|
| **Poor Uterine Visualization** | Debris, Clots or Fog on Lens | • Remove Camera Head and Clean<br>• Remove Hysteroscope and Clean Proximal and Distal Lens |
| | Inadequate Light Source and/or Cable | • Inspect Equipment Before Procedure<br>• Replace Light Source Bulb or Cable<br>• Check Light Cable Connections |
| | White Balance Not Performed | • Perform White Balance |
| | View Not in Focus | • Adjust Focus Mechanism on Camera Head |
| | Blood in Uterus | • Open Outflow Port and Flush<br>• Increase Fluid Flow |
| | Outflow Port is not Open | • Open Outflow Port<br>• Inspect Hysteroscope to Ensure Channel is not Clogged |
| | Light Gain on Low | • Turn Gain to High<br>• Switch Autogain Off<br>• Inspect Equipment to Ensure Auto-Feedback is Functional |
| | Shaggy Endometrium | • Flush Uterine Cavity<br>• Aspirate Debris |



## Achieving Uterine Cornual Visualization



\* Use solutions individually, simultaneously, or sequentially as appropriate

| Problem | Cause | Solutions* |
|---|---|---|
| **Poor Uterine Visualization** | Septated Uterus | • Pull Back Hysteroscope to Identify<br>• If Ostia not Identified, Abandon Procedure |
| | Hysteroscope in Cervical Canal | • Advance Hysteroscope Past Cervical Ostium |

9

**Troubleshooting:**
Achieving Uterine
Cornual Visualization

essure™
Permanent Birth Control by Conceptus

# Achieving Ostial Visualization

\* Use solutions individually, simultaneously, or sequentially as appropriate

| Problem | Cause | Solutions* |
|---------|-------|-----------|
| **Inadequate Visualization of Ostia** | Poor Uterine Distension | • See "Inadequate Intrauterine Pressure" and "Poor Uterine Visualization" Sections |
| | Debris, Endometrial Fluff or Clots | • Flush Uterus<br>• Aspirate<br>• Gently Remove with Graspers |
| | Filmy Tissue Covering Ostia | • Gently Probe with a Micro-insert Tip<br>• Insert Micro-insert Gently. Only Proceed if Insertion Meets Minimal Resistance |
| | Abnormal Ostial Location | • Adjust / Rotate Hysteroscope<br>• Rotate Micro-insert Tip<br>• Adjust Patient Position<br>• Abandon Procedure |
| | Only One Ostium Visualized | • Pull Back Hysteroscope to Obtain Full Uterine View<br>• Abandon Procedure |

Physician Training Manual
CC-0385 11.04.02

**Troubleshooting:**
Achieving Ostial Visualization



## Advancing the Micro-insert Into the Tube

\* Use solutions individually, simultaneously, or sequentially as appropriate

| Problem | Cause | Solutions* |
|---|---|---|
| **Inability to Advance Micro-insert Into Tube (Tracking)** | Lateral or Abnormally Located Tubes | • Pull Hysteroscope Back and Adjust / Rotate<br>• Pull System Back & Rotate Micro-insert Tip<br>• Adjust Patient Position |
| | Suspected Tubal Stenosis, Tortuosity or Occlusion | • If Tube Appears Patent, Move Hysteroscope Closer and Apply Gentle, Constant Forward Movement of Catheter<br>• If Tube Appears Non-Patent, Abandon Procedure |
| | Hysteroscope is Too Far Back | • Advance Hysteroscope as Close to Ostium as Possible |
| | Micro-insert Tip Bent, or Catheter Bent or Kinked | • Use New System |
| | Hysteroscope at Incorrect Angle | • Rotate Hysteroscope to Achieve Proper Orientation |
| | Tracking Into False Passage | • Remove System and Abandon Procedure if Uncertain About Ostial Location and/or True Tubal Lumen |
| | Excessive Cramping | • Reduce Distension<br>• Increase Pain Medication |

Physician Training Manual
CC-0385 11 04 02

**Troubleshooting:**
Advancing the Micro-insert into the Tube

essure™
Permanent Birth Control by Conceptus

# Deploying the Micro-insert

* Use solutions individually, simultaneously, or sequentially as appropriate

| Problem | Cause | Solutions |
|---------|-------|-----------|
| **Inability to Retract Delivery Catheter** | Catheter Has Been Twisted | • Slowly Rotate Catheter to Relieve Twisting<br>• Remove and Replace System |
| | Catheter Has Been Kinked | • Remove and Replace System |
| **Delivery Catheter Stretches (Necking)** | Catheter is Damaged in Hysteroscope Working Channel | • Remove and Replace System |
| | Delivery Catheter Sticks in Tube During Retraction | • Retract Catheter Slowly<br>• Remove and Replace System |
| **Inadvertent Forward Movement of Micro-insert (Feed Forward)** | Handle Not Stabilized During Retraction | • Pull System Back to Proper Position Before Deployment |
| | Delivery Catheter Bent Proximal to Hysteroscope | • Straighten System Prior to Attempting Delivery Catheter Retraction |
| | Delivery Catheter Gripped External to Hysteroscope | • Do Not Hold Delivery Catheter External to Scope |
| **Inability to Fully Depress Button** | Delivery Catheter not Fully Retracted | • Rotate Thumbwheel Until it Stops |
| | System Failure | • Remove and Replace System |
| **Outer Coils Do Not Deploy** | Delivery Catheter is Not Fully Retracted | • Continue Rotating Thumbwheel Until it Stops<br>• Pull Hysteroscope Back to Maintain Visualization |
| | Outer Coils are Pressed Against Uterine Wall | • Straighten System and Allow Coils to Fully Expand |
| | Technical Micro-insert Failure | • Rotate System Slowly<br>• Gently Jiggle System<br>• Remove and Replace System |

Physician Training Manual
CC-0385 11.04.02

**Troubleshooting:**
Deploying the Micro-insert



**Permanent Birth Control by Conceptus**

# Deploying the Micro-insert

* Use solutions individually, simultaneously, or sequentially as appropriate

| Problem | Cause | Solutions |
|---------|-------|-----------|
| **Delivery Wire Does Not Detach** | Friction Between Inner Coil & Delivery Wire | • Adjust Hysteroscope & Straighten System<br>• Slowly Rotate System Counterclockwise & Apply Light Tension |
| **Outer Coils Coming Out of Tube** | Retraction of System Prior to Detaching Delivery Wire | • Rotate System Counterclockwise at Least 10 Rotations Prior to Applying Retraction |
| **Micro-insert Stuck in Hysteroscope** | Hysteroscope is Too Far Forward During Deployment | • Push Micro-insert Out of Hysteroscope Using Appropriately Sized Graspers |

Physician Training Manual
CC-0385 11.04.02

**Troubleshooting:**
Deploying the Micro-insert



# essure™

## Permanent Birth Control by Conceptus

# HSG Protocol



e s s u r e™
Permanent Birth Control by Conceptus

HSG Protocol

**Performing and Evaluating Hysterosalpingograms Three Months Post-Micro-insert Placement**

Three months following the Essure micro-insert placement procedure, the patient should be scheduled for an HSG. The HSG is performed to evaluate: 1) micro-insert location; and 2) fallopian tube occlusion. Only if micro-insert location is satisfactory and, there is evidence of bilateral occlusion of the fallopian tubes, may the physician instruct the patient to discontinue use of alternative contraception and rely on the Essure micro-inserts for pregnancy prevention.

The following steps should be followed for performing and evaluating the HSG.

**Performing the HSG**

One objective of the HSG is to evaluate the relationship of the proximal end of the inner coil of the micro-insert to the uterine cornua, thus verifying that the micro-insert spans the UTJ. In order to achieve this, the following guidelines should be adhered to:

1. The uterine cavity silhouette must be clearly seen with good cornual filling.

2. The fluoroscopy beam with respect to the uterus should be as close to A/P projection as possible.

3. A good cervical seal should be maintained throughout the procedure to ensure good uterine distension, so do not dilate unless necessary.

4. Downward traction on the cervical tenaculum may be required in patients having a midpositional uterus, to allow for ideal images of the uterine cavity. The speculum should be removed prior to fluoroscopy in order to assure the best possible visualization of uterine anatomy.

5. A minimum of six still radiographs should be taken to assess micro-insert location and tubal occlusion. A description of each radiograph is provided below with associated pictures.

NOTE: Assessment of the location of the micro-inserts on HSG is not the same as noted on hysteroscopy. Therefore, a correctly placed micro-insert may appear to be more distal on HSG than noted at the time of hysteroscopy.

essure™
Permanent Birth Control by Conceptus

**Radiographic Markers**



**Radiograph 1 – "Scout Film"**

Micro-insert markers on patient left corresponds to radiographic view illustration

Capture an image of the uterus immediately prior to infusion of contrast into the uterine cavity.   The Essure micro-inserts should be clearly seen.  The lie and curvature of the micro-inserts should be noted.

**Radiograph 2 – Minimal Fill of the Cavity**



Capture an image of the uterus after a small amount of radio opaque contrast is instilled into the uterine cavity.  This image should demonstrate evidence of an adequate seal of the uterine cervix and the beginning of opacification of the uterine cavity. In this radiograph, contrast material is likely not to have reached the uterine cornua. If the uterine cavity silhouette is not seen in a nearly A/P projection, the fluoroscopy beam and/or the patient need to be adjusted.

essure™
Permanent Birth Control by Conceptus

HSG Protocol

**Radiograph 3 –
Partial Fill of the
Cavity**



Capture an image of the uterus when it is nearly full of contrast or opacified. The cornua may not yet have been adequately distended. Proximal (uterine) portions of the Essure micro-insert may not yet be obscured by the advancing contrast.

**Radiograph 4 –
Total Fill of Cavity**



Capture an image of the uterus when the uterine cavity is completely filled to patient tolerance or maximal distension of the cornua has been achieved, whichever comes first. In this image, the advance of contrast (i.e., opacification) is likely to meet or obscure the proximal (uterine) portions of the Essure micro-inserts.

**NOTE:** An increase in volume of the intracavitary contrast, with resultant increase in intrauterine pressure is often needed to allow for a satisfactory image.

**CAUTION:** An increase in intrauterine pressure beyond that needed to produce image #4 serves no purpose and should be avoided, so as to avoid undue patient discomfort and the possibility of resultant vasovagal reaction such as profound bradycardia, lightheadedness, sweating and fainting.

essure
Permanent Birth Control by Conceptus

HSG Protocol

**Radiograph 5 & 6 –
Magnifications of
uterine cornua**

 

Magnification of right cornua          Magnification of left cornua

Once the uterine cornua are filled to maximum distension, magnified views of both right and left cornua should be obtained, highlighting the position of the micro-insert in reference to the uterine cornua.

**Evaluating HSGs**

When evaluating the HSG, it is important to first confirm that the appropriate radiographs described above are provided, a good A/P image of the uterine silhouette is obtained, and the uterus is maximally distended in at least one view. The HSG will need to be immediately repeated if:

1. The appropriate sequence of radiographs has been captured but one or both uterine cornua are not maximally distended;

2. The projection of the silhouette is fundal rather than A/P;

3. The appropriate sequence of radiographs was not taken, and/or the uterine cornua are not distended or are otherwise obscured making evaluation of micro-insert position impossible or equivocal.

**Micro-insert Location**

In evaluating micro-insert position it is important to note the "markers" for the proximal end of the micro-insert (the end of the inner coil and the platinum band of the outer coil). Micro-insert position is then evaluated according to its relationship to the distended uterine cornua. Measurements of these relative distances can be taken with a caliper. Ideal micro-insert location is when the inner coil of the micro-insert crosses the utero-tubal junction. The inner coil is the critical component for evaluation because the PET fibers, that cause fibrosis and occlusion, are located on the inner coil of the micro-insert.

NOTE: Assessment of the location of the micro-inserts on HSG is not the same as noted at hysteroscopy. Therefore, a correctly placed micro-insert may appear to be more distal on HSG than noted at the time of hysteroscopy.

essure™
Permanent Birth Control by Conceptus

The following scale should be used to categorize assessment of micro-insert location:

**Expulsion or Proximal Placement (micro-insert not placed far enough into tube)**

**1.** The micro-insert is not present (expulsion) OR more than 50% of the length of the inner coil of the micro-insert is trailing into the uterine cavity (too proximal placement).





Complete expulsion of left micro-insert

Expulsion of left micro-insert into uterus

**Satisfactory Placement**

**2.** Distal end of the inner coil is within th tube with less than 50% of the length of the inner coil is trailing into the uterine cavity, OR the proximal end of the inner coil appears to be up to 30 mm into the tube from where contrast fills the uterine cornua.





Satisfactory location

On patient left side, proximal end of inner coil is <30 mm from contrast at cornua

**·e s s u r e**™
Permanent Birth Control by Conceptus

**Distal Placement (micro-insert placed too far in tube) or Peritoneal Location**

**3.** Micro-insert is in the tube but proximal end of the inner coil appears to be more than 30 mm distal into the tube from the contrast filling the uterine cornua, OR the micro-insert is within the peritoneal cavity.


Micro-insert in peritoneal cavity


Distal placement of micro-insert

**A patient with micro-insert location that is rated to be in categories 1 or 3 should not rely on the Essure micro-inserts for contraception.**

**Occlusion**

The most critical aspect of evaluating tubal occlusion is determining whether the contrast is visible in the tube beyond the micro-insert. It is also important to note any degree of proximal tubal filling with contrast even if the tube is occluded.

The following scale should be used to categorize assessment of tubal occlusion:

**1.** Tube is occluded at the cornua.



e s s u r e™
Permanent Birth Control by Conceptus

**2.** Contrast seen within the tube but not past any portion of the length of the outer coil of the micro-insert (i.e., past the distal end of the outer coil, see Radiographic Markers diagram on page 5)



On patient right, contrast in proximal tube

\3   Contrast seen past the micro-insert or in the peritoneal cavity.



Patency beyond micro-insert

If tubal occlusion is rated to be in categories 1 or 2 above, and micro-insert location is satisfactory (category 2 above), then the patient should be instructed to discontinue alternative contraception. If occlusion is rated as a 3 and micro-insert location is satisfactory at the 3 month HSG, then the patient should remain on alternative contraception for 3 more months and have a repeat HSG. **If occlusion is again rated as a 3, then she should be advised to not rely on the Essure micro-inserts for contraception.**

essure
Permanent Birth Control by Conceptus

HSG Protocol

**3 Month HSG Algorithms**

┌─────────────────────────────────┐
│  **Satisfactory location (2)**  │
│                                 │
│  **Tubal occlusion (1 or 2)**   │
└─────────────────────────────────┘
                ↓
┌─────────────────────────────────┐
│  Instruct patient to discontinue │
│  alternative contraception       │
└─────────────────────────────────┘

┌─────────────────────────────────┐
│  **Satisfactory location (2)**  │
│                                 │
│  **Tubal patency beyond**       │
│  **micro-insert (3)**           │
└─────────────────────────────────┘
                ↓
┌─────────────────────────────────┐
│  Patient remains on alternative │
│  contraception for 3 more months│
│  and repeat HSG. If still patent at│
│  6 months, advise patient not to rely│
│  on Essure micro-inserts for    │
│  contraception                  │
└─────────────────────────────────┘

┌─────────────────────────────────┐
│  **Expulsion/Proximal**         │
│  **Placement (1)**              │
│  **or**                         │
│  **Peritoneal location /**      │
│  **Distal Placement (3)**       │
└─────────────────────────────────┘
                ↓
┌─────────────────────────────────┐
│  patient should not rely on Essure│
│  micro-inserts for contraception*│
└─────────────────────────────────┘

\*   Refer to the Physician Training Manual, Section 9 - Management of
    Technical Issues, for additional patient management recommendations