IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA DE LA PAZ, an individual,<br><br>    Plaintiff,<br><br>  v.<br><br>BAYER HEALTHCARE LLC, a Delaware limited liability company, BAYER ESSURE INC., a Delaware corporation, BAYER HEALTHCARE PHARMACEUTICALS, INC., a Delaware Corporation, and DOES 1–10, inclusive,<br><br>    Defendants.<br>                                               / | No. C 15-03995 WHA<br><br>**NOTICE RE OPPORTUNITIES FOR YOUNG ATTORNEYS** |

    Counsel will please keep in mind the need to provide arguments and courtroom experience to the next generation of practitioners. The Court will particularly welcome any lawyer with four or fewer years of experience to argue the upcoming motion to dismiss.

Dated:   January 14, 2016.

                                                        WILLIAM ALSUP
                                                        UNITED STATES DISTRICT JUDGE