IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANYA DE LA PAZ,<br><br>    Plaintiff,<br><br>  v.<br><br>BAYER CORP., *et al.*,<br><br>    Defendants.<br>_____/ | No. C 15-03995 WHA<br><br>**ORDER DENYING AS MOOT MOTION TO RELATE**<br><br>*Dittono, et al. v. Bayer Corp., et al.*,<br>**No. 3:17-cv-3640-HSG** |

On June 29, 2017, defendants filed a motion to relate *Dittono, et al. v. Bayer Corp., et al.*, No. 3:17–cv–3640–HSG to this action. On July 3, plaintiffs Felisha Dittono, Dakarai Elder-Jennings, Taylor Gordon, Denise Helmandollar, Linda Stanback and Jackie Eicher dismissed their suit pursuant to FRCP 41(a)(1)(A)(i). Accordingly, the motion to relate is **DENIED AS MOOT**.

Dated: July 6, 2017.

                                                        WILLIAM ALSUP<br>
                                                        UNITED STATES DISTRICT JUDGE