IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TANYA DE LA PAZ,

    Plaintiff,

v.

BAYER CORP., *et al*.,

    Defendants.

No. C 15-03995 WHA

**ORDER DENYING AS MOOT MOTION TO RELATE**

*Dittono, et al. v. Bayer Corp., et al.*, **No. 3:17-cv-3640-HSG**

On June 29, 2017, defendants filed a motion to relate *Dittono, et al. v. Bayer Corp., et al.*, No. 3:17–cv–3640–HSG to this action. On July 3, plaintiffs Felisha Dittono, Dakarai Elder-Jennings, Taylor Gordon, Denise Helmandollar, Linda Stanback and Jackie Eicher dismissed their suit pursuant to FRCP 41(a)(1)(A)(i). Accordingly, the motion to relate is **DENIED AS MOOT**.

Dated: July 6, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE